Brett Schuman (SBN 189247)
bschuman@goodwinprocter.com
Joseph R. Farris (SBN 263405)
jfarris@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel.:  415.733.6000
Fax.:  415.677.9041

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Machine Zone, Inc., | Case No. 5:15-cv-01554 |
| Plaintiff, | **MACHINE ZONE, INC.'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, VIOLATION OF THE LANHAM ACT, AND UNFAIR COMPETITION** |
| v. | |
| Ember Entertainment, Inc., | |
| Defendant. | JURY TRIAL DEMANDED |

Plaintiff Machine Zone, Inc. hereby alleges the following cause of action against Defendant Ember Entertainment, Inc.

### NATURE OF THE ACTION

1.      Plaintiff Machine Zone, Inc. ("Machine Zone") creates, develops, and manages massive multiplayer online (MMO) free to play games for mobile platforms, including the immensely popular mobile game *Game of War: Fire Age* ("*Game of War*").  *Game of War* is an interactive MMO strategy game that pits users against each other as they develop kingdoms, form alliances, and do battle in a distinctive virtual environment.  Machine Zone owns all intellectual property rights for *Game of War*.

2.      Since *Game of War*'s release on July 25, 2013, it has steadily become more and more popular, reaching the #1 position on the charts of top grossing games on several occasions. Originally available on the Apple iTunes App Store (the online marketplace for Apple's iPhone and iPad), on May 9, 2014, Machine Zone also released the game on Google Play (the online marketplace for devices running on the Android operating system).  On June 18, 2014, Machine Zone released the game through the Amazon.com App Store.  All told, tens of millions of copies of the game have been downloaded worldwide.

3.      Seeking to cash in on *Game of War*'s success and popularity, Defendant Ember Entertainment, Inc. ("Defendant") published *Empire Z* on May 30, 2014, almost a full year after *Game of War* was first published.  *Empire Z* is a copy or "clone" of *Game of War* that replicates numerous original, creative elements of *Game of War*.  Defendant's thinly-veiled effort at avoiding outright replication was to "re-skin" the game by changing some thematic elements of the game—essentially producing an identical game that replaces *Game of War*'s general theme of human warfare in a fictional historical setting with a general theme of "human-zombie" warfare set in a modern (or post-modern) setting.

4.      Defendant illegally distributes its *Game of War* clone *Empire Z* to customers through the Apple iTunes App Store, Google Play, and the Amazon.com App Store, provides in-

COMPLAINT

CASE NO. 5:15-CV-01554

app purchases within the game, and continues to wrongfully divert customers and revenue from Machine Zone.

### PARTIES

5.      Machine Zone, Inc. is a Delaware corporation with its principal place of business in Palo Alto, California.

6.      Upon information and belief, Ember Entertainment, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington.

### JURISDICTION AND VENUE

7.      This Court has subject matter jurisdiction over the claims relating to the Copyright Act (17 U.S.C. §§ 101, 501) and the Lanham Act (15 U.S.C. §§1125 *et. seq.*) pursuant to 28 U.S.C. § 1331 (federal subject matter jurisdiction) and 28 U.S.C. §1338(a) (any act of Congress relating to copyrights, patents and trademarks). This Court has subject matter jurisdiction over the related state law claims under 28 U.S.C. § 1367 (action asserting a state claim of unfair competition joined with a substantial and related federal claim under the patent, copyright or trademark laws).

8.      This Court has personal jurisdiction over Defendant because Defendant is doing business in the State of California and has wrongfully diverted business from Machine Zone by posting *Empire Z* for download and charging fees for game usage in the State of California.

9.      Defendant is subject to both specific and general personal jurisdiction. Defendant markets, sells, and supports the infringing game *Empire Z* throughout the United States by means of the Apple iTunes App Store, Google Play, and the Amazon.com App Store.  Further, on information and belief, each Defendant regularly solicits and conducts business in and/or derives substantial revenue from goods and services provided to residents of California.  Accordingly, both jurisdiction and venue are proper in this court. 28 U.S.C. §§ 1391 and 1400.

### BACKGROUND

10.      Machine Zone, through its employees, authored the original design and game play for *Game of War*.

11.     To realize this vision, Machine Zone assembled a team of dozens of people to develop *Game of War*.  The team worked exclusively on the development of the game for many months before Machine Zone finally published *Game of War* on July 25, 2013, making it available on the Apple iTunes App Store for customers for download for free to their iPhone or iPad.

12.     Based upon its first publication date of July 25, 2013, Machine Zone has applied to registered various versions of its work, *Game of War*, with the United States Copyright Office.  Those registrations are currently pending.  True and correct copies of the Applications for the Certificate of Registration are attached hereto as Exhibit A-E and are incorporated by this reference.  The registered works include representative portions of the source code and screenshots of gameplay.

13.     Even before *Game of War* was released, there was significant media coverage of the game.  For example, on July 14, 2013, eleven days before the official release of *Game of War*, the New York Times published a review calling *Game of War* "an ambitious mobile game" and praised its "impressive" instantaneous language translation feature.[1]

14.     Already incredibly successful on the Apple iOS platform, *Game of War* was released on Google Play's Android App Store on May 9, 2014 and through the Amazon.com App Store on June 18, 2014, significantly expanding the user base for the game.

15.     On May 29, 2014 – more than ten months after *Game of War* was released – Defendant released its knockoff version of the game, which it called *Empire Z*.

16.     *Empire Z* is a virtual duplicate of *Game of War*, except the setting has been changed from fictional human antiquity to a modern zombie apocalypse.

17.     Within the community of players, the *Empire Z* game was immediately recognized as a clone of *Game of War*.  For example, a review of *Empire Z* on the MMO news website, 2P.com, was titled "*Empire Z* Review: The Zombie Themed '*Game of War*: *Fire Age*.'"[2]

---

[1] http://www.nytimes.com/2013/07/15/arts/video-games/game-of-war-fire-age-translates-players-chat.html?pagewanted=all

[2] 2P.com, *Empire Z* Review: The Zombie Themed '*Game of War*: Fire Age, http://2p.com/8592242_1/Empire-Z-Review-The-Zombie-Themed-quotGame-of-War-Fire-Agequot-by-exist.htm

3
COMPLAINT

18.     On July 10, 2014, a poster on the video game blog WriterParty described *Empire Z* as "a game for fans of *Game of War*: *Fire Age*, who also happen to like zombies."[3]

19.     Within the first week of its release, reviews of *Empire Z* on the AppTweak website[4] included similar comparisons:

- "I've played GOW [*Game of War*] and their both pretty similar but I like the fact that it's modernized and has zombies"

- "I thought this game would be player vs zombie but it is more of a game of war rip off with a zombie theme."

- "Game of War clone – Don't bother with this clone.  Just download the real thing."

- "Terrible – This game is a complete knock off of Game of War. Ember devs just copied Game of War, put a zombie blanket over it and called it a day lol."

- "Copy game - Total rip off of Game of War! All the items are the same! Just a different theme. Geez"

- "Almost exactly like GoW [*Game of War*] but it's based slightly in the future with zombies!!! Much cooler, GoW was a sound interface system which is why I enjoy *Empire Z* so much!"

20.     Reviews on the website Searchman.com[5] yielded similar comparisons:

- "Love this game. Very entertaining. Very much like Game of War. Easy to learn."

- "This game is similar to game of war, but different skins."

- "EmpireZ is like Game of War: Fireage."

- "This game is similar to Game of War"

- "I cannot see the significant difference between this and Game of War ..."

---

[3] http://www.writerparty.com/party/empire-z-how-to-get-free-vip-status/.  *Game of War* also has zombies.

[4] https://www.apptweak.com/empire-z/iphone-ipad/united-states/app-marketing-app-store-optimization-aso/reviews-ratings/best/all-versions/716898949

[5] https://searchman.com/ios/app/us/716898949/en/ember-entertainment/empire-z/

- "I was really looking forward to a zombie game that I can rebuild cities in. Sadly this is a Game of War ripoff. It is flat out terrible. I hope you get sued."

21.     Upon information and belief, others in the community of users were confused because the two games were nearly identical. Believing that both were from the same source, users decided to play *Empire Z* and in playing the game, to make in-app purchases through the iOS App Store, Google Play App Store and Amazon.com App Store sites, which diverted revenue to the Defendant and caused harm to Machine Zone's *Game of War* brand.

### FIRST CAUSE OF ACTION

### (COPYRIGHT INFRINGEMENT [17 U.S.C. §§101, ET SEQ.])

22.     Machine Zone refers to and incorporates paragraphs 1 to 20 above as though fully set forth herein.

23.     In creating *Empire Z*, Defendant deliberately and intentionally copied the game play, layout and arrangement, visual presentation, overall appearance, and player interaction from *Game of War*.  In each game, the game play proceeds virtually identically and the games look and feel the same.

24.     Just as with *Game of War*, *Empire Z* is distributed for free, however, users can make purchases in the iTunes App Store, in Google Play App Store, or in the Amazon.com App Store for which they use to purchase premium in-game currency that they to purchase various in-game consumables, including advantages that allow more rapid completion of in-game tasks. Thus, in each game, players can use their credit cards to purchase "gold" from the apps stores. The "gold" can be exchanged within the games to purchase various commodities and other consumables.  Players can purchase nearly identical types of consumables in either of the games' virtual stores.

25.     The essential goal of each game is the same: to build a city, form alliances with other cities, and develop the strongest "kingdom" (*Game of War*) or "empire" (*Empire Z*).

26.     Each game features the concept of a "hero" who becomes more powerful as more tasks are completed and can assist the player in battle and in building their empire in similar ways.

27.     In each game, different players can form or join an alliance to increase their strength relative to other players.

28.     Each game requires the player to produce and use various commodities.  In *Game of War*, the commodities are food, wood, ore, stone, and silver.  In *Empire Z*, the analogous commodities are food, lumber, metal, oil, and coins.  Certain combinations of these commodities are needed to perform tasks in each game, including building, researching, and upgrading structures and feeding troops.

29.     In both games, players can gain commodities by completing tasks and can produce commodities.  To produce these commodities, the player builds a corresponding structure.  For example, in each game, to produce food, the player builds a farm.  In *Game of War*, to produce wood, the player builds a ***logging camp***, while in *Empire Z*, the player builds a ***lumber mill***.  A player must build a mine to produce ***ore*** in *Game of War* and ***metal*** in *Empire Z*.  A player builds a ***quarry*** to produce stone in *Game of War* and builds a ***derrick*** to produce oil in *Empire Z*.  A player builds a ***villa*** in *Game of War* to produce silver and builds ***housing*** in *Empire Z* to produce coins.  **Figure 1** below shows a table comparing the basic resource types and their corresponding structures.

**Figure 1:**

| RESOURCE TYPES AND STRUCTURES | |
|---|---|
| *Game of War* | *Empire Z* |
| Food → Farm | Food → Farm |
| Wood → Logging Camp | Wood → Lumber Mill |
| Ore → Mine | Metal → Mine |
| Stone → Quarry | Oil → Derrick |
| Silver → Villa | Coins → Housing            = |

30.     **Figure 2** below shows a screenshot from each game showing the five categories of resources and shows how the resources are offered to players in exchange for similar hierarchies of gold purchases.

**Figure 2:**

*Game of War*                                    *Empire Z*





31.     Each game has a "VIP" component to reward players who play repeatedly.  Higher VIP levels can increase the production the player receives from his farms, mines, logging camps/lumber mills, quarries/derricks, and villas/housing.  In addition, the higher the VIP level, the less time it takes to complete certain tasks.  The benefits for the VIP component are similar in each game.  For example, the benefits for VIP Level 2 are shown in **Figure 3** below.  The corresponding screenshots from each game showing the VIP Level 2 benefits are shown below in **Figure 4**.

**Figure 3:**

| VIP BENEFITS (LEVEL 2) | | |
|---|---|---|
| *Game of War* | *Empire Z* | |
| Instant Construction Speedup            7m | Instant Construction Speedup        7m | |
| Food Production                         +5% | City Hourly Food Income             +5% | |
| Wood Production                         +5% | City Hourly Lumber Income           +5% | |
| Stone Production                        +5% | City Hourly Oil Income              +5% | |
| Ore Production                          +5% | City Hourly Metal Income            +5% | |
| Siler Production                        +5% | City Hourly Coin Income             +5% | |
| VIP in Profile and Chat | N/A | |
| Daily Quest Bonus                  + 1 Quest | Additional Daily Missions             +1 | |
| VIP Quest Bonus                    + 1 Quest | N/A | |

**Figure 4:**

*Game of War*                                              *Empire Z*




32.     In each game, players have their own city that they must develop and defend from enemies.  The unique style of the rendering of the city in *Game of War* is duplicated in *Empire Z*, including the look and feel of the miniature people walking around throughout the city. Screenshots of each game showing the graphical rendering of parts of the city from each game are shown below in **Figure 5.**

9

**Figure 5:**

*Game of War*                                    *Empire Z*



33.     In each game, a player's city begins with various necessary structures, but it also contains empty squares on which the player can build new structures.  The structures (whether present at the start of the game or built by the player) can be upgraded.  For example, in each game the player can build a farm.  The farm begins as a Level 1 farm.  The player can upgrade the farm one level at a time (e.g. first to a Level 2 farm, then Level 3, etc.), and with each increase, the farm will produce more of the food commodity.  The hierarchies of production as the structures "level up" are nearly identical in *Game of War* and *Empire Z.*

34.     The center of the city in each game is enclosed in a defensive wall which can be upgraded.   In each game, the defensive wall limits the types of structures that can be built within the wall.  The structures in *Empire Z* are analogous to the structures in *Game of War*.  **Figure 6** below shows the various analogous buildings available within the town center for each game.

COMPLAINT

CASE NO. 5:15-CV-01554

**Figure 6:**

| TYPES OF BUILDINGS AVAILABLE IN TOWN CENTER | | |
|---|---|---|
| *Game of War* | *Empire Z* | **Function** |
| Stronghold | Command Center | Overview of city's progress |
| Storehouse | Storage Bunker | Protects a portion of commodities from enemy attacks |
| Barracks | Recruiting Station | Training troops |
| Academy | Research Lab | Research improvements |
| Hospital | Hospital | Heal wounded soldiers |
| Embassy | Foreign Embassy | House reinforcements from allies |
| Watchtower | Radar | Provides intelligence on enemy attacks |
| Villa | Housing | Produces silver/coins |
| Prison | Infected Pen | Houses captured enemies |

35.     The wall surrounding the city in each game can be upgraded and various defenses can be added to the wall.  **Figure 7** shown below is a screenshot from each game showing the wall defenses available in each game.

CASE NO. 5:15-CV-01554
COMPLAINT

**Figure 7:**

*Game of War*                                         *Empire Z*



36.     The Watchtower in *Game of War* and the Radar in *Empire Z* each provide
additional intelligence on enemy attacks as the structure is upgraded.  The type of intelligence that
the Radar in *Empire Z* provides is almost identical to the intelligence the Watchtower in *Game of
War* provides.  A list of the different types of intelligence gathering abilities at the various levels
in each game is shown below in **Figure 8**.  The corresponding screenshots from each game
showing the intelligence gathering abilities at each level are shown below in **Figure 9**.

**Figure 8:**

| TYPES OF INTELLIGENCE GATHERING BY LEVEL | | |
|---|---|---|
| **Level** | *Game of War* | *Empire Z* |
| 1 | Warns of an incoming march | Same |
| 2 | N/A | Purpose of the march |
| 3 | Purpose of the march | Name of player sending the march |
| 5 | Name of player sending the march and the player's coordinates | Coordinates of the player sending the march |
| 7 | Arrival time of the march | Same |
| 9 | Alliance of the player sending march | Same |
| 11 | Estimate of the number of troops in march | Same |
| 13 | Troop types | Same |
| 15 | Estimate of each troop type and the specific names for each troop. Detects if hero is in march. | Estimate of each troop type |
| 17 | Exact number of troops in the march and the hero's level | Detects if hero is in march |
| 19 | What was researched in combat and the levels researched. | Exact number of troops in the march |
| 21 | Incoming enemies suffer 10% troop reduction | Level of the hero in the march |
| 22 | N/A | Name and level of the combat tech researched |

**Figure 9:**

*Game of War*    *Empire Z*

 

37.    Within the city but outside the city wall is where players build their farms, mines, logging camps/lumber mills, and their quarries/derricks in each game.  **Figure 10** shown below is a screenshot from each game showing the buildings that can be built outside the city walls in each game.

**Figure 10:**

*Game of War*                                    *Empire Z*




38.     Outside of the city in each game is a grid system which shows a world view of the kingdom or empire where the player's city is located.  Players can see this grid system by selecting the map icon in *Game of War* or the globe icon in *Empire Z*.  The squares in the grid can be empty and thus available to be occupied, they can contain resource tiles which provide additional resources if occupied, or they can contain other cities.  In each game, players can "teleport" to empty squares anywhere within the grid system.  From within this screen, players can also attack other players' cities or can gain intelligence about another city's defenses or commodity supply by using the scout icon.  In addition each game has a bookmark feature in the world view screen which allows players to save map locations for further references.  **Figure 11** shown below is a screenshot from each game showing the "teleport" and "occupy" options available when selecting an empty square in the grid system outside the city in each game.  **Figure 12** shown below is a screenshot from each game showing the "scout" and "occupy"

options available when selecting another player's city in the grid system outside the city in each game.

**Figure 11:**

*Game of War*                                          *Empire Z*



**Figure 12:**

*Game of War*                                          *Empire Z*



39.     Players are rewarded for performing certain tasks.  In *Game of War*, these tasks are called *quests*.  In *Empire Z*, the tasks are called *missions*.  In *Game of War*, there are empire quests, daily quests, alliance quests, and VIP quests.  In *Empire Z*, there are empire missions, daily missions, and alliance missions.  Within each game, the daily and alliance tasks come in various categories that are randomly assigned.  These categories provide greater rewards but take longer to accomplish.  The different categories in each game have the same rankings: *basic*, *common*, *uncommon*, etc.  To obtain the reward for performing a quest/mission, the player must select the quest/mission icon and then tap the "Collect" button for that quest/mission.  **Figure 13** shown below is a screenshot from the ***Empire Quests*** screen in *Game of War* and the ***Empire Missions*** screen in *Empire Z*.  Each shows a recommended task, a completed task, and the "Collect" button used to obtain the award for completing that task.  **Figure 14** shown below is a screenshot from the ***Daily Quests*** screen in *Game of War* and the ***Daily Missions*** screen in *Empire Z*.  Each shows

at least one *basic* task, *common* task, and *uncommon* task.  **Figure 15** shown below is a screenshot from the ***Alliance Quests*** screen in *Game of War* and the ***Alliance Missions*** screen in *Empire Z.*

**Figure 13:**

*Game of War*

*Empire Z*




**Figure 14:**

*Game of War*                                    *Empire Z*




**Figure 15:**

*Game of War*                                            *Empire Z*



40.     The organization of the display screen in *Empire Z* is nearly identical to *Game of War*'s.  For example, at the top left corner of each is an image of the player's hero.  To the right of that in each game is the VIP menu.  In the upper left hand corner of each is the amount of gold the player has.  Also across the top in each, the various commodities are listed with the quantity of each the player has in his possession.   At the bottom of the screen for *Game of War* is a banner recommending a particular quest as well as various icons, including icons for map, quests, items, and alliances.  Similarly, at the bottom of the screen for *Empire Z* is a banner recommending a particular mission, as well as various icons including world (analogous to map), missions, items, and alliances.  A screenshot showing the display screen organization in each game is shown below in **Figure 16**.

**Figure 16:**

*Game of War*                                    *Empire Z*



41.     As shown in **Figure 16**, many of the various icons used in *Empire Z* are similar in size and proportion to their analogous icons in *Game of War*.  For example, the resource icon, VIP icon, hero icon, power icon (depicted as a hand holding a lightning bolt), recommended mission icon, the help icon (depicted as a handshake), the casino chip icon, and the gold counter icon in *Empire Z* are all of a similar size and proportion to their analogous icons in *Game of War*.

42.     In *Game of War*, there is an icon of a ***chest*** with a timer in the lower left hand corner.  When the timer drops down to zero, a player can click on the chest and gain a free resource, speed up, or some other advantage.  In *Empire Z*, there is an icon of a ***supply crate*** with a timer in the same location that serves the same function as the chest in *Game of* War—and which use essentially the same "cool down" times.  The ***chest*** and ***supply crate*** icons are shown in the lower left hand corner of the screenshots from the respective games in **Figure 16** above.

43.     In each game, a timer displays to show how much time remains before a particular task is completed.  In each game, players can speed up the process by using "Speedups."  In both games, the time it takes to complete a task is reduced based on your VIP level.  If the VIP reduction is greater than the amount of time necessary to complete a task, the timer will have a purple icon that says "Free."  Clicking the "Free" icon allows you to instantaneously complete the task.   As shown below in **Figure 17**, the task timers and the "Free" button in *Empire Z* are virtually identical to *Game of War*'s.

**Figure 17:**

*Game of War*                                    *Empire Z*




44.     Each game features a casino.  The Casino in *Empire Z* is virtually identical to the casino in *Game of War*.  Both have small squares arranged in the shape of a large square.  Within each small square is an icon corresponding to a commodity, gold, or some advantageous item. Pressing the spin button in each causes the small squares to light up in sequence.  Whichever small square is lit when the sequence ends dictates which item the player wins.  Each casino also has a

high roller mode.  The cost to play at the casino is 5,000 casino chips in each game.  A screenshot from the casino in each game is shown below in **Figure 18**.

**Figure 18:**

*Game of War*                    *Empire Z*



45.     In each game, players can learn various skills by conducting "research."  In *Game of War*, this is accomplished in the Library.  In *Empire Z* it is accomplished in the Research Lab. The categories of research initially available in *Empire Z* are nearly identical to the categories in *Game of War*.  The different research topics within these categories in *Empire Z* are also analogous to those in *Game of War*.  In addition, the display of the research topics in *Empire Z* is virtually identical to that of *Game of War*.  A chart of the research categories initially available in each game is shown below in **Figure 19**.  Corresponding screenshots of the research categories in each game are shown below in **Figure 20**.  Screenshots from the Combat research category in each are shown below in **Figure 21**.  Screenshots from the ***Wall Traps*** research category in *Game of War* and the analogous research category ***Defenses*** in *Empire Z* are shown below in **Figure 22**. Screenshots from the Economics research category in each game are shown below in **Figure 23**.

**Figure 19:**

| RESEARCH CATEGORIES INITIALLY AVAILABLE | |
| --- | --- |
| *Game of War* | *Empire Z* |
| Combat | Combat |
| Wall Traps | Defenses |
| Economics | Economics |
| Hero | |

COMPLAINT

CASE NO. 5:15-CV-01554

**Figure 20:**

*Game of War*                                    *Empire Z*




**Figure 21:**

*Game of War*

*Empire Z*





**Figure 22:**

*Game of War*                                          *Empire Z*




COMPLAINT

CASE NO. 5:15-CV-01554

**Figure 23:**

*Game of War*                    *Empire Z*

  

46.     Each game provides a virtual store function where players can use their gold to purchase items from five nearly-identical categories of items.  In both games, players can purchase special VIP privileges in the Special category.  In both games, the players can purchase various amounts of resources or gold in the Resources category.  In the Speed Ups/Speedups Categories, players can purchase "speedups" that decrease the amount of time it takes to complete a task.  In the War categories of both games, players can purchase various shields, attack boosts, and defenses.  In the Treasure and Chests categories, players can purchase nearly identical "chests" containing items from some or all of the other four categories.  A chart of the corresponding analogous categories in the virtual store for each game is shown below in **Figure 24**. Corresponding screenshots of the virtual store from each game are shown below in **Figure 25**.

1

**Figure 24:**

2

3

| VIRTUAL STORE CATEGORIES | |
|---|---|
| *Game of War* | *Empire Z* |
| Special | Special |
| Resources | Resources |
| Speed Ups | Speed ups |
| War | War |
| Treasure | Chest |

4

5

6

7

8

9

10

**Figure 25:**

11

*Game of War*                                   *Empire Z*

12





13

14

15

16

17

18

19

20

21

22

23

24

25

      47.    Defendant copied the overall plot, theme (with minor alterations based on the

26

"zombie" and "modern" variations), mood, setting, pace, characters, economy, and sequence of

27

*Game of War*.  As demonstrated in more detail above and as will be shown at trial, *Empire Z*

28

copied the physical and operational aspects of *Game of War* by copying the layout and arrangement of *Game of War*, the visual presentation of each screen display within the game, the sequence and flow of the game, and the overall look and feel of the game.

48.     Defendant copied *Game of War* in a manner that clearly infringes on Machine Zone's copyrights and unless Defendant is enjoined, it will continue do so.

49.     At no time did Machine Zone authorize Defendant to reproduce, adapt, or distribute *Game of War*.

50.     Each player that is wrongfully diverted to *Empire Z* constitutes the loss of related revenues Machine Zone could reasonably have expected to earn.

51.     As a direct result of Defendant's actions and infringement of Machine Zone's rights, Machine Zone has sustained, and will continue to sustain, substantial injury, loss, and damages in an amount to be proven at trial.

52.     Machine Zone is entitled to a preliminary and permanent injunction restraining Defendant, its officers, directors, agents, employees, representatives and all persons acting in concert with it from engaging in further acts of copyright infringement.

53.     Machine Zone is further entitled to recover from Defendant the gains, profits, and advantages Defendant has obtained as a result of its acts of copyright infringement in an amount to be proven at trial.

## SECOND CAUSE OF ACTION
### (UNFAIR COMPETITION/FALSE DESIGNATION OF ORIGIN 115 U.S.C. 1125(A))

54.     Machine Zone refers to and incorporates paragraphs 1 to 52 above as though fully set forth herein.

55.     The visual appearance of Machine Zone's *Game of War* trade dress has a unique look and feel comprised of distinctive characteristics, including, but not limited to the graphical rendering of the landscape; the size, shape, and design of the icons used within the game; the orientation of the icons on the game interface, the square-shaped casino game comprised of smaller squares containing resource icons, and more.  These characteristics of *Game of War* have come to identify *Game of War* and its source and therefore serve as protectable trade dress.  The

COMPLAINT

*Game of War* trade dress is non-functional and inherently distinctive or has acquired distinction within the meaning of the Lanham Act.

56.     Machine Zone has worked to promote *Game of War*'s distinctive trade dress throughout the global community. *Game of War* currently has millions of daily active users combined on the Apple iOS, Android, and Amazon platforms. The game is available virtually worldwide through the Apple iTunes App Store, on the Google Play App Store, and through the Amazon.com App Store. *Game of War*'s cutting edge translation capabilities allow players across the globe to communicate while playing the game, ensuring that *Game of War* has a truly global footprint.

57.     Through the use of the misleading design and look-and-feel of the infringing game *Empire Z*, Defendant is knowingly and intentionally misrepresenting and falsely designating to the general public Machine Zone's affiliation, connection, association, origin, source, endorsement, sponsorship, and approval of *Empire Z*, and intends to misrepresent and falsely designate to the general public Machine Zone's affiliation, connection, association, origin, source, endorsement, sponsorship, and approval of *Empire Z*, so as to create a likelihood of confusion by the public as to the affiliation, connection, association, origin, source, endorsement, sponsorship, and approval of *Empire Z*.

58.     Defendant's conduct has been intentional and willful and is calculated specifically to trade off the goodwill that Machine Zone has developed in its successful *Game of War* game, making this an exceptional case under 15 U.S.C. § 1117.

59.     The acts of Defendant discussed above constitute false designation of origin, false endorsement, and unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A).

60.     As a direct and proximate result of Defendant's actions discussed above, Machine Zone has been damaged and has suffered and will continue to suffer, immediate and irreparable harm.

61.     Machine Zone is entitled to a preliminary and permanent injunction restraining Defendant, their officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in the conduct described herein that violates the Lanham Act.

62.     Machine Zone is further entitled to recover from Defendant the gains, profits, and advantages Defendant has obtained as a result of its violation of the Lanham Act in an amount to be proven at trial.

### THIRD CAUSE OF ACTION
### (UNFAIR COMPETITION (CAL. BUS. & PROF. CODE § 17200))

63.     Machine Zone refers to and incorporates paragraphs 1 to 61 above as though fully set forth herein.

64.     The above-mentioned acts of Defendant's unauthorized use of Machine Zone's intellectual property in connection with *Empire Z*, constitute unfair competition under California Business & Professional Code § 17200.

65.     Defendant's conduct has been intentional and willful, and is calculated specifically to trade off the goodwill that Machine Zone has developed in its successful *Game of War* game.

66.     As a direct and proximate result of the foregoing acts of Defendant, Machine Zone has been damaged and has suffered, and will continue to suffer, immediate and irreparable harm.

67.     Machine Zone is thus entitled to injunctive relief and the disgorgement of Defendant's revenue linked to its *Empire Z* game.

### PRAYER FOR RELIEF

**WHEREFORE,** Machine Zone prays for judgment against Defendant as follows:

1.      For a preliminary and permanent injunction enjoining Defendant and all persons acting in concert with it from manufacturing, producing, distributing, adapting, displaying, advertising, promoting, offering for sale and/or selling, or performing any materials that are substantially similar to *Game of War*, including *Empire Z*, and to deliver to the Court for destruction or other reasonable disposition all materials and means for producing the same in Defendant's possession or control;

2.     For any and all damages sustained by Machine Zone in accordance with proof;

3.     For all of Defendant's profits wrongfully derived from the infringement of Machine Zone's intellectual property rights in an amount no less than $100,000,000;

4.     For reasonable attorney's fees;

5.     For costs of suit herein; and,

6.     For other such relief as the Court deems proper.

Dated: April 3, 2015                 Respectfully submitted,

By: /s/ Brett Schuman
     Brett Schuman
     Joseph R. Farris
     **GOODWIN PROCTER** LLP
     Three Embarcadero Center
     24th Floor
     San Francisco, California 94111
     Tel.: 415.733.6000
     Fax.: 415.677.9041

     *Attorneys for Plaintiff*