BRETT SCHUMAN (SBN 189247)
bschuman@goodwinprocter.com
JOSEPH R. FARRIS (SBN 263450)
jfarris@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax.: 415.677.9041

*Attorneys for Plaintiff*
MACHINE ZONE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MACHINE ZONE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMBER ENTERTAINMENT, INC., <br><br> Defendant. | Case No. 3:15-cv-01554-VC <br><br> **MACHINE ZONE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15** <br><br> Courtroom: 4, 17th Floor <br> Judge: Hon. Vince Chhabria <br> Action Filed: April 3, 2015 |

1  TO DEFENDANT EMBER ENTERTAINMENT, INC. AND ITS COUNSEL OF RECORD:

2  Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for Plaintiff Machine Zone, Inc. ("Machine Zone"), certifies that it is not currently aware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the named parties with either (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.  Thus, on behalf of Machine Zone, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Pursuant to Federal Rules of Civil Procedure 7.1, Machine Zone files this corporate disclosure statement, and hereby discloses, by and through its undersigned counsel, that Machine Zone does not have any parent corporation and no publicly-held corporation owns 10% or more of Machine Zone's stock.

Dated: July 2, 2015

By: /s/ Brett Schuman
Brett Schuman
Joseph R. Farris
**GOODWIN PROCTER** LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.:  415.733.6000
Fax.:  415.677.9041

*Attorneys for Plaintiff*
MACHINE ZONE, INC.

## CERTIFICATE OF SERVICE

I, Brett Schuman, hereby certify that a copy of the foregoing document and attachments, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on July 2, 2015.

/s/ Brett Schuman