UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACHINE ZONE, INC.,<br>　　　　Plaintiff,<br>　　v.<br>EMBER ENTERTAINMENT, INC.,<br>　　　　Defendant. | Case No. 15-cv-01554-VC<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 8 |

For the reasons stated on the record at today's hearing, the motion to dismiss the second and third claims is granted, with leave to amend. Machine Zone has 14 days from the date of this order to file an amended complaint to attempt to satisfy the Rule 12(b)(6) standard with respect to the second and third claims.

**IT IS SO ORDERED.**

Dated: July 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　
VINCE CHHABRIA
United States District Judge