Michael A. Berta (SBN 194650)
michael.berta@aporter.com
Sean M. Callagy (SBN 255230)
sean.callagy@aporter.com
Ryan M. Keats (SBN 296463)
ryan.keats@aporter.com
**ARNOLD & PORTER LLP**
Three Embarcadero Center
10th Floor
San Francisco, California 94111
Tel.:  415.471.3100
Fax.: 415.471.3400

Brett Schuman (SBN 189247)
bschuman@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel.:  415.733.6000
Fax.: 415.677.9041

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Machine Zone, Inc.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Ember Entertainment, Inc.,<br><br>　　　　Defendant. | Case No. 3:15-cv-01554-VC _____<br><br>**MACHINE ZONE, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL** AND ORDER<br>Complaint Filed: April 3, 2015<br>Assigned to: Hon. Vince Chhabria |

**TO DEFENDANT AND THEIR COUNSEL OF RECORD**:

Pursuant to Civil Local Rule 5-1 and 11-5, Plaintiff Machine Zone, Inc. makes the following substitution of counsel. Brett M. Schuman of Goodwin Procter LLP will no longer be counsel in the above captioned matter. Michael A. Berta of Arnold & Porter LLP, Three Embarcadero Center, 10th Floor, San Francisco, CA 94111, is substituted in as counsel of record.

Plaintiff Machine Zone, Inc. has been informed of this substitution and consents to the substitution of firm representation.

Dated: July 22, 2015                                    Respectfully submitted,

                                                        By: /s/ Michael A. Berta
                                                        Michael A. Berta (SBN 194650)
                                                        michael.berta@aporter.com
                                                        **ARNOLD & PORTER LLP**
                                                        Three Embarcadero Center
                                                        10th Floor
                                                        San Francisco, California 94111
                                                        Tel.: 415.471.3100
                                                        Fax.: 415.471.3400

                                                        *Attorneys for Plaintiff*

Dated: July 22, 2015                                    Respectfully submitted,

                                                        By: /s/ Brett M. Schuman (*with permission*)
                                                        Brett Schuman (SBN 189247)
                                                        bschuman@goodwinprocter.com
                                                        **GOODWIN PROCTER LLP**
                                                        Three Embarcadero Center
                                                        24th Floor
                                                        San Francisco, California 94111
                                                        Tel.: 415.733.6000
                                                        Fax.: 415.677.9041

                                                        *Attorneys for Plaintiff*

MACHINE ZONE, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 3:15-cv-01554-VC

1  **PURSUANT TO NOTICE, IT IS SO ORDERED.**

3  DATED: July 24, 2015

_____
HONORABLE VINCE CHHABRIA
United States District Judge

3
MACHINE ZONE, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. 3:15-CV-01554-VC.