Michael Berta (SBN 194650)
michael.berta@aporter.com
Sean Callagy (SBN 255230)
sean.callagy@aporter.com
Joseph Farris (SBN 263405)
joseph.farris@aporter.com
Ryan Keats (SBN 296463)
ryan.keats@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Tel.: 415.471.3100
Fax.: 415.471.3400

*Attorneys for Plaintiff*
MACHINE ZONE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Machine Zone, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Ember Entertainment, Inc.,<br><br>Defendant. | Case No. 3:15-cv-01554-VC<br><br>**FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>JURY TRIAL DEMANDED |

Plaintiff Machine Zone, Inc. hereby alleges the following cause of action against Defendant Ember Entertainment, Inc.

## NATURE OF THE ACTION

1. Plaintiff Machine Zone, Inc. ("Machine Zone") creates, develops, and manages electronic games for mobile platforms, including the immensely popular *Game of War*: *Fire Age* ("*Game of War*"). *Game of War* is an interactive massive multiplayer online (MMO) strategy game that pits users against each other as they develop kingdoms, form alliances, and do battle in a distinctive virtual environment. Machine Zone owns all intellectual property rights for *Game of War*.

2. Since *Game of War*'s release on July 25, 2013, it has steadily become more and more popular, reaching the #1 position on the charts of top grossing games on several occasions. Originally available on the Apple iTunes App Store (the online marketplace for Apple's iPhone and iPad), on May 9, 2014, Machine Zone also released the game on Google Play (the online marketplace for devices running on the Android operating system). On June 18, 2014, Machine Zone released the game through the Amazon.com App Store. All told, tens of millions of copies of the game have been downloaded worldwide.

3. Seeking to cash in on *Game of War*'s success and popularity, Defendant Ember Entertainment, Inc. ("Defendant") published *Empire Z* on May 30, 2014, almost a full year after *Game of War* was first published. *Empire Z* is a copy or "clone" of *Game of War* that replicates numerous original, creative elements of *Game of War* and the overall composition and sequencing of the game. Defendant's thinly-veiled effort at avoiding outright replication was to "re-skin" the game by changing some thematic elements of the game—producing a derivative work that replaces *Game of War*'s general theme of human warfare in a fictional historical setting with a general theme of "human-zombie" warfare set in a modern (or post-modern) setting. Nearly everything else—including most aspects of the visual layout and arrangement, sequencing of gameplay, game characters and game units (including game character and unit attributes and traits), hierarchies of game objects and concepts, the interplay of game characters and game units,

game economies, pacing, graphical user interface, player roles, plot, themes, mood, and setting from *Game of War*—remains the same.

4. As a result, all versions of *Empire Z* are derivative works that infringe Machine Zone's copyrights in *Game of War*.

5. Defendant illegally distributes its *Game of War* clone *Empire Z* to customers through both the Apple iTunes App Store, Google Play, and the Amazon.com App Store, provides in-app purchases within the game, and continues to wrongfully divert customers and revenue from Machine Zone.

**PARTIES**

6. Machine Zone, Inc. is a Delaware corporation with its principal place of business in Palo Alto, California.

7. Upon information and belief, Ember Entertainment, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington.

**JURISDICTION AND VENUE**

8. This Court has subject matter jurisdiction over the claims relating to the Copyright Act (17 U.S.C. §§ 101, 501) pursuant to 28 U.S.C. § 1331 (federal subject matter jurisdiction) and 17 28 U.S.C. §1338(a) (any act of Congress relating to copyrights, patents and trademarks).

9. This Court has personal jurisdiction over Defendant because Defendant is doing business in the State of California and has wrongfully diverted business from Machine Zone by posting *Empire Z* for download and monetizing game usage in the State of California.

10. Defendant is subject to both specific and general personal jurisdiction. Defendant markets, monetizes, and supports the derivative work *Empire Z* throughout the United States by means of the Apple iTunes App Store, Google Play, and the Amazon.com App Store. Further, on information and belief, Defendant regularly solicits and conducts business in and/or derives substantial revenue from goods and services provided to residents of California. Accordingly, both jurisdiction and venue are proper in this court. 28 U.S.C. §§ 1391 and 1400.

## BACKGROUND

11. Machine Zone, through its employees, authored the original design and game play for *Game of War*.

12. To realize this vision, Machine Zone assembled a team of people to develop *Game of War*. The team worked extensively on the development of the game for many months before Machine Zone finally published *Game of War* on July 25, 2013, making it available on the Apple iTunes App Store for customers for download for free to their iPhone or iPad.

13. Based upon its first publication date of July 25, 2013, Machine Zone has applied to register various versions of its work, *Game of War*, with the United States Copyright Office. Those registrations are currently pending. True and correct copies of the Applications for the Certificate of Registration are attached hereto as Exhibits A-E and are incorporated by this reference. The registered works include representative portions of the source code and screenshots of gameplay.

14. Even before *Game of War* was released, there was significant media coverage of the game. For example, on July 14, 2013, eleven days before the official release of *Game of War*, the New York Times published a review calling *Game of War* "an ambitious mobile game" and praised its "impressive" instantaneous language translation feature.[1]

15. Already incredibly successful on the Apple iOS platform, *Game of War* was released on the Android platform on May 9, 2014, and through the Amazon.com App Store on June 18, 2014, significantly expanding the user base for the game.

16. On May 29, 2014—more than ten months after *Game of War* was released—Defendant released its knockoff version of the game, a derivative work which it called *Empire Z*.

17. *Empire Z* is a virtual duplicate of *Game of War*, except the setting has been changed from fictional human antiquity to a modern zombie apocalypse.

[1] http://www.nytimes.com/2013/07/15/arts/video-games/game-of-war-fire-age-translates-players-chat.html?pagewanted=all

18. Within the community of players, the *Empire Z* game was immediately recognized as a clone of *Game of War*. For example, a review of *Empire Z* on the MMO news website, 2P.com, was titled "*Empire Z* Review: The Zombie Themed '*Game of War*: Fire Age.'"[2]

19. On July 10, 2014, a poster on the video game blog WriterParty described *Empire Z* as "a game for fans of *Game of War*: *Fire Age*, who also happen to like zombies."[3]

20. Within the first week of its release, reviews of *Empire Z* on the AppTweak website included similar comparisons:

- "I've played GOW [*Game of War*] and their both pretty similar but I like the fact that it's modernized and has zombies"
- "I thought this game would be player vs zombie but it is more of a game of war rip off with a zombie theme."
- "Game of War clone – Don't bother with this clone. Just download the real thing."
- "Terrible – This game is a complete knock off of Game of War. Ember devs just copied Game of War, put a zombie blanket over it and called it a day lol."
- "Copy game – Total rip off of Game of War! All the items are the same! Just a different theme. Geez."
- "Almost exactly like GoW [*Game of War*] but it's based slightly in the future with zombies!!! Much cooler, GoW was a sound interface system which is why I enjoy *Empire Z* so much!"[4]

21. Reviews on the website Searchman.com yield similar comparisons:

- "Love this game. Very entertaining. Very much like Game of War. Easy to learn."
- "This game is similar to game of war, but different skins."

---

[2] 2P.com, *Empire Z* Review: The Zombie Themed '*Game of War*: Fire Age, http://2p.com/8592242_1/Empire-Z-Review-The-Zombie-Themed-quotGame-of-War-Fire-Agequot-by-exist.htm

[3] http://www.writerparty.com/party/empire-z-how-to-get-free-vip-status/

[4] https://www.apptweak.com/empire-z/iphone-ipad/united-states/app-marketing-app-store-optimization-aso/reviews-ratings/best/all-versions/716898949

- “EmpireZ is like Game of War: Fireage.”
- “This game is similar to Game of War.”
- “I cannot see the significant difference between this and Game of War . . .”
- “I was really looking forward to a zombie game that can rebuild cities in. Sadly this a Game of War ripoff. It is flat out terrible. I hope you get sued.”

22. Many others in the gaming community of users were confused or upset because of the derivative nature of *Empire Z.*

**CAUSE OF ACTION FOR**

**COPYRIGHT INFRINGEMENT [17 U.S.C. §§ 101, ET SEQ.]**

23. Machine Zone refers to and incorporates paragraphs 1 to 22 above as though fully set forth herein.

24. With *Game of War*, Machine Zone has created a groundbreaking entry in the MMO strategy warfare genre. *Game of War* presents, arranges, and sequences numerous gaming elements in a highly complex way to create a unique, original expression of a MMO strategy game.

25. Gaming elements in *Game of War* have been presented, arranged, and sequenced in a highly unique expression. For example, t the game depicts a unique city structure that is composed of a particular composition of buildings that relate to carefully-chosen types of resource squares inside and outside a city wall, which is in turn is part of a world map depicting other cities that interact with each other in specific circumstances.

26. In creating *Empire* Z, Defendant deliberately and intentionally copied the game’s visual layout and arrangement, sequencing of gameplay, game characters and game units (including game character and unit attributes and traits), hierarchies of game objects and concepts, the interplay of game characters and game units, game economies, pacing, graphical user interface, player roles, plot, themes, mood, and setting from *Game of War*.

27. As a result, there is an overwhelming similarity in the total concept and feel of *Game of War* and the derivative, zombie-themed *Game of War* knockoff that Defendant markets as *Empire Z.*

28. The similarities between the games are too numerous to list comprehensively in this complaint, and Machine Zone does not attempt to list every aspect of *Game of War* that Ember copied to make its derivative game *Empire Z.* Rather, what follows are descriptions of how Ember copied certain aspects of *Game of War* which demonstrate the pattern of copying that emerges over and over again as one progresses through *Empire Z.*

29. Just as with *Game of War*, the derivative work *Empire Z* is distributed for free; however, users can make in-app purchases via the iTunes App Store, the Google Play App Store, or the Amazon.com App Store, such as purchasing premium in-game currency that they use to obtain various in-game consumables, including advantages that allow more rapid completion of in-game tasks. Thus, in each game, players can purchase "gold" from the respective app stores. The "gold" can be exchanged within the games for various commodities and other consumables. Players can purchase nearly identical types of consumables in either of the games' virtual stores.

30. The essential goal of each game is the same: to build a city, form alliances with other cities, and develop the strongest "kingdom" (*Game of War*) or "empire" (*Empire Z*).

31. Each game features the concept of a "hero" who becomes more powerful as more tasks are completed and can assist the player in battle and in building their empire in similar ways.

32. In each game, different players can form or join an alliance to increase their strength relative to other players.

33. Each game requires the player to produce and use various commodities. In *Game of War*, the commodities are food, wood, ore, stone, and silver. In *Empire Z*, the analogous commodities are food, lumber, metal, oil, and coins. Certain combinations of these commodities are needed to perform tasks in each game, including building and upgrading structures and feeding troops.

34. In both games, players can gain commodities by completing tasks and can produce commodities. To produce these commodities, the player builds a corresponding structure. For example, in each game, to produce food, the player builds a farm. In *Game of War*, to produce wood, the player builds a ***logging camp***, while in *Empire Z*, the player builds a ***lumber mill***. A player must build a mine to produce ***ore*** in *Game of War* and ***metal*** in *Empire Z*. A player builds a

***quarry*** to produce stone in *Game of War* and builds a ***derrick*** to produce oil in *Empire Z.* A player builds a ***villa*** in *Game of War* to produce silver and builds ***housing*** in *Empire Z* to produce coins. **Figure 1** below shows a table comparing the basic resource types and their corresponding structures.

**Figure 1:**

| **RESOURCE TYPES AND STRUCTURES** | |
|---|---|
| ***Game of War*** | ***Empire Z*** |
| Food → Farm | Food → Farm |
| Wood → Logging Camp | Wood → Lumber Mill |
| Ore → Mine | Metal → Mine |
| Stone → Quarry | Derrick → Oil |
| Silver → Villa | Coins → Housing = |

35. **Figure 2** below shows a screenshot from each game showing the five categories of resources and shows how the resources are offered to players in exchange for similar hierarchies of gold purchases.

**Figure 2:**

***Game of War***




***Empire Z***




36. Each game has a "VIP" component to reward players who play repeatedly. Higher VIP levels can increase the production that the player receives from his farms, mines, logging camps/lumber mills, quarries/derricks, and villas/housing. In addition, the higher the VIP level, the less time it takes to complete certain tasks. The benefits for the VIP component are similar in each game. For example, the benefits for VIP Level 2 are shown in **Figure 3** below. The corresponding screenshots from each game showing the VIP Level 2 benefits are shown below in **Figure 4**.

**Figure 3:**

| VIP BENEFITS (LEVEL 2) | | | |
|---|---|---|---|
| ***Game of War*** | | ***Empire Z*** | |
| Instant Construction Speedup | 7m | Instant Construction Speedup | 7m |
| Food Production | +5% | City Hourly Food Income | +5% |
| Wood Production | +5% | City Hourly Lumber Income | +5% |
| Stone Production | +5% | City Hourly Oil Income | +5% |
| Ore Production | +5% | City Hourly Metal Income | +5% |
| Silver Production | +5% | City Hourly Coin Income | +5% |
| VIP in Profile and Chat | | N/A | |
| Daily Quest Bonus | + 1 Quest | Additional Daily Missions | +1 |
| VIP Quest Bonus | + 1 Quest | N/A | |

**Figure 4:**

***Game of War***




***Empire Z***



37. In each game, players have their own city that they must develop and defend from enemies. The unique style of the rendering of the city in *Game of War* is duplicated in *Empire Z*, including the look and feel of the miniature people walking around throughout the city. Screenshots of each game showing the graphical rendering of parts of the city from each game are shown below in **Figure 5.**

**Figure 5:**

***Game of War***




***Empire Z***




38. In each game, a player's city begins with various necessary structures, but it also contains empty squares on which the player can build new structures. The structures (whether present at the start of the game or built by the player), can be upgraded. For example, in each game, the player can build a farm. The farm begins as a Level 1 farm. The player can upgrade the farm one level at a time (e.g. first to a Level 2 farm, then Level 3, etc.), and with each increase, the farm will produce more of the food commodity. The hierarchies of production as the structures "level up" is nearly identical in *Game of War* and *Empire Z*.

39. The center of the city in each game is enclosed in a defensive wall which can be upgraded. In each game, the defensive wall limits the types of structures that can be built within the wall. The structures in *Empire Z* are analogous to the structures in *Game of War*. **Figure 6** below shows the various analogous buildings available within the town center for each game.

**Figure 6:**

| TYPES OF BUILDINGS AVAILABLE IN TOWN CENTER | | |
|---|---|---|
| ***Game of War*** | ***Empire Z*** | **Function** |
| Stronghold | Command Center | Overview of city's progress |
| Storehouse | Storage Bunker | Protects a portion of commodities from enemy attacks. |
| Barracks | Recruiting Station | Training troops |
| Academy | Research Lab | Research improvements |
| Hospital | Hospital | Heal wounded soldiers |
| Embassy | Foreign Embassy | House reinforcements from allies |
| Watchtower | Radar | Provides intelligence on enemy attacks. |
| Villa | Housing | Produces silver/coins |
| Prison | Infected Pen | Houses captured enemies |

40. The wall surrounding the city in each game can be upgraded and various defenses can be added to the wall. **Figure 7** shown below is a screenshot from each game showing the wall defenses available in each game.

**Figure 7:**

***Game of War***




***Empire Z***




41. The Watchtower in *Game of War* and the Radar in *Empire Z* each provide additional intelligence on enemy attacks as the structure is upgraded. The type of intelligence that the Radar in *Empire Z* provides is almost identical to the intelligence the Watchtower in *Game of War* provides. A list of the different types of intelligence gathering abilities at the various levels in each game is shown below in **Figure 8**. The corresponding screenshots from each game showing the intelligence gathering abilities at each level are shown below in **Figure 9**.

**Figure 8:**

| TYPES OF INTELLIGENCE GATHERING BY LEVEL | | |
|---|---|---|
| **Level** | ***Game of War*** | ***Empire Z*** |
| 1 | Warns of an incoming march | Same |
| 2 | N/A | Purpose of the march |
| 3 | Purpose of the march | Name of player sending the march |
| 5 | Name of player sending the march and the player's coordinates | Coordinates of the player sending the march |
| 7 | Arrival time of the march | Same |
| 9 | Alliance of the player sending march | Same |
| 11 | Estimate of the number of troops in march | Same |
| 13 | Troop types | Same |
| 15 | Estimate of each troop type and the specific names for each troop. Detects if hero is in march. | Estimate of each troop type |
| 17 | Exact number of troops in the march and the hero's level. | Detects if hero is in march |
| 19 | What was researched in combat and the levels researched. | Exact number of troops in the march. |
| 21 | Incoming enemies suffer 10% troop reduction | Level of the hero in the march |
| 22 | N/A | Name and level of the combat tech researched. |

**Figure 9:**

***Game of War***




***Empire Z***




42. Within the city, but outside the city wall is where players build their farms, mines, logging camps/lumber mills, and their quarries/derricks in each game. **Figure 10** shown below is a screenshot from each game showing the buildings that can be built outside the city walls in each game.

**Figure 10:**

| ***Game of War*** | ***Empire Z*** |
|---|---|







43. Outside of the city in each game is a grid system. Players can see this grid system by selecting the map icon in *Game of War* or the globe icon in *Empire Z*. The squares in the grid can be empty and thus available to be occupied, they can contain resource tiles which provide additional resources if occupied, or they can contain other cities. In each game, players can "teleport" to empty squares anywhere within the grid system. From within this screen, players can also attack other players' cities or can gain intelligence about another city's defenses or commodity supply by using the scout icon. In addition each game has a bookmark feature in the world view screen which allows players to save map locations for further references. **Figure 11** shown below is a screenshot from each game showing the "teleport" and "occupy" options available when selecting an empty square in the grid system outside the city in each game. **Figure 12** shown below is a screenshot from each game showing the "scout" and "occupy" options available when selecting another player's city in the grid system outside the city in each game.

**Figure 11:**

***Game of War*** ***Empire Z***






**Figure 12:**

***Game of War***




***Empire Z***




44. Players are rewarded for performing certain tasks. In *Game of War*, these tasks are called ***quests***. In *Empire Z*, the tasks are called ***missions***. In *Game of War*, there are empire quests, daily quests, alliance quests, and VIP quests. In *Empire Z*, there are empire missions, daily missions, and alliance missions. Within each game, the daily and alliance tasks come in various categories that are randomly assigned. These categories provide greater rewards but take longer to accomplish. The different categories in each game have the same rankings: ***basic***, ***common, uncommon***, etc. To obtain the reward for performing a quest/mission, the player must select the quest/mission icon and then tap the "Collect" button for that quest/mission. **Figure 13** shown below is a screenshot from the ***Empire Quests*** screen in *Game of War* and the ***Empire Missions*** screen in *Empire Z*. Each shows a recommended task, a completed task, and the "Collect" button used to obtain the award for completing that task. **Figure 14** shown below is a screenshot from the ***Daily Quests*** screen in *Game of War* and the ***Daily Missions*** screen in *Empire Z*. Each shows at least one ***basic*** task, ***common*** task, and ***uncommon*** task. **Figure 15** shown below is a

screenshot from the ***Alliance Quests*** screen in *Game of War* and the ***Alliance Missions*** screen in *Empire Z*.

**Figure 13:**

***Game of War***




***Empire Z***



**Figure 14:**

***Game of War***




***Empire Z***



**Figure 15:**

***Game of War***




***Empire Z***




45. The organization of the display screen in *Empire Z* is nearly identical to *Game of War*'s. For example, at the top left corner of each is an image of the player's hero. To the right of that in each game is the VIP menu. In the upper left hand corner of each is the amount of gold the player has. Also across the top in each, the various commodities are listed with the quantity of each the player has in his possession. At the bottom of the screen for *Game of War* is a banner recommending a particular quest as well as various icons, including icons for map, quests, items, and alliances. Similarly, at the bottom of the screen for *Empire Z* is a banner recommending a particular mission, as well as various icons including world (analogous to map), missions, items, and alliances. A screenshot showing the display screen organization in each game is shown below in **Figure 16**.

**Figure 16:**

***Game of War***




***Empire Z***




46. As shown in **Figure 16**, many of the various icons used in *Empire Z* are similar in size and proportion to their analogous icons in *Game of War*. For example, the resource icon, VIP icon, hero icon, power icon (depicted as a hand holding a lightning bolt), recommended ***mission*** icon, the help icon (depicted as a handshake), and the gold counter icon in *Empire Z* are all of a similar size and proportion to their analogous icons in *Game of War*.

47. In *Game of War*, there is an icon of a ***chest*** with a timer in the lower left hand corner. When the timer drops down to zero, a player can click on the chest and gain a free resource, speed up, or some other advantage. In *Empire Z*, there is an icon of a ***supply crate*** with a timer in the same location that serves the same function as the chest in *Game of War*—and which uses essentially the same "cool down" times. The ***chest*** and ***supply crate*** icons are shown in the lower left hand corner of the screenshots from the respective games in **Figure 16** above.

48. In each game, a timer displays to show how much time remains before a particular task is completed. In each game, players can speed up the process by using "Speedups." In both

games, the time it takes to complete a task is reduced based on your VIP level. If the VIP reduction is greater than the amount of time necessary to complete a task, the timer will have an icon that says "Free." Clicking the "Free" icon allows you to instantaneously complete the task. As shown below in **Figure 17**, the task timers and the "Free" button in *Empire Z* are virtually identical to *Game of War*'s.

**Figure 17:**

***Game of War***




***Empire Z***




49. Each game features a casino. The Casino in *Empire Z* is virtually identical to the casino in *Game of War*. Both have small squares arranged in the shape of a large square. Within each small square is an icon corresponding to a commodity, gold, or some advantageous item. Pressing the spin button in each causes the small squares to light up in sequence. Whichever small square is lit when the sequence ends dictates which item the player wins. Each casino also has a high roller mode. The cost to play at the casino is 5,000 casino chips in each game. A screenshot from the casino in each game is shown below in **Figure 18**.

**Figure 18:**

***Game of War***




***Empire Z***




50. In each game, players can learn various skills by conducting "research." In *Game of War*, this is accomplished in the Academy. In *Empire Z* it is accomplished in the Research Lab. The categories of research initially available in *Empire Z* are nearly identical to the categories in *Game of War*. The different research topics within these categories in *Empire Z* are also analogous to those in *Game of War*. In addition, the display of the research topics in *Empire Z* is virtually identical to that of *Game of War*. A chart of the research categories initially available in each game is shown below in **Figure 19**. Corresponding screenshots of the research categories in each game are shown below in **Figure 20**. Screenshots from the Combat research category in each game showing analogous research topics are shown below in **Figure 21**. Screenshots from the ***Wall Traps*** research category in *Game of War* and the analogous research category ***Defenses*** in *Empire Z* with their respective analogous research topics are shown below in **Figure 22**. Screenshots from the Economics research category in each game showing analogous research topics are shown below in **Figure 23**.

**Figure 19:**

| RESEARCH CATEGORIES INITIALLY AVAILABLE | |
|---|---|
| ***Game of War*** | ***Empire Z*** |
| Combat | Combat |
| Wall Traps | Defenses |
| Economics | Economics |
| Hero | |

**Figure 20:**

***Game of War***




***Empire Z***



**Figure 21:**

***Game of War***




***Empire Z***



**Figure 22:**

***Game of War***




***Empire Z***



**Figure 23:**

***Game of War***




***Empire Z***




51. Each game provides a virtual store function where players can use their gold to purchase items from five nearly-identical categories of items. In both games, players can purchase special VIP privileges in the Special category. In both games, the players can purchase various amounts of resources or gold in the Resources category. In the Speed Ups/Speedups Categories, players can purchase "speedups" that decrease the amount of time it takes to complete a task. In the War categories of both games, players can purchase various shields, attack boosts, and defenses. In the Treasure and Chests categories, players can purchase "chests" containing items from some or all of the other four categories. A chart of the corresponding analogous categories in the virtual store for each game is shown below in **Figure 24**. Corresponding screenshots of the virtual store from each game is shown below in **Figure 25**.

**Figure 24:**

| VIRTUAL STORE CATEGORIES | |
|---|---|
| ***Game of War*** | ***Empire Z*** |
| Special | Special |
| Resources | Resources |
| Speed Ups | Speed ups |
| War | War |
| Treasure | Chest |

**Figure 25:**

***Game of War***




***Empire Z***




52. Defendant copied the game play, layout and arrangement, graphical user interface, visual presentation, overall appearance, and player interaction with the game from *Game of War*. As demonstrated in more detail above and as will be shown at trial, *Empire Z* copied the physical and operational aspects of *Game of War* by copying the layout and arrangement of *Game of War*,

the graphical user interface, the visual presentation of each screen display within the game, the sequence and flow of the game, and the overall concept and feel of the game. Defendant's copying of the gameplay included mimicking the visual layout and arrangement, sequencing of gameplay, game characters and game units (including game character and unit attributes and traits), hierarchies of game objects and concepts, the interplay of game characters and game units, game economies, pacing, graphical user interface, player roles, plot, themes, mood, and setting from *Game of War*.

53. Defendant copied *Game of War* with each version of its derivative work *Empire Z* in a manner that clearly infringes on Machine Zone's copyrights and unless Defendant is enjoined, it will continue do so.

54. At no time did Machine Zone authorize Defendant to reproduce, adapt, or distribute a derivative work based on *Game of War*.

55. Each player that Defendant wrongfully diverts to *Empire Z* constitutes the loss of related revenues Machine Zone could reasonably have expected to earn.

56. As a direct result of Defendant's actions and infringement of Machine Zone's rights, Machine Zone has sustained, and will continue to sustain, substantial injury, loss, and damages in an amount to be proven at trial.

57. Machine Zone is entitled to a preliminary and permanent injunction restraining Defendant, its officers, directors, agents, employees, representatives and all persons acting in concert with it from engaging in further acts of copyright infringement.

58. Machine Zone is further entitled to recover from Defendant the gains, profits and advantages Defendant has obtained as a result of its acts of copyright infringement in an amount to proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE,** Machine Zone prays for judgment against Defendant as follows:

1. For a preliminary and permanent injunction enjoining Defendant and all persons acting in concert with them from manufacturing, producing, distributing, adapting, displaying, advertising, promoting, offering for sale and/or selling, or performing any derivative works based

on *Game of War*, including *Empire Z*, and to deliver to the Court for destruction or other reasonable disposition all materials and means for producing the same in Defendant's possession or control;

2. For damages as provided by statute, but in an amount no less than $100,000,000;

3. For reasonable attorney's fees;

4. For costs of suit herein; and,

5. For other such relief as the Court deems proper.

Dated: August 6, 2015

Respectfully submitted,

ARNOLD & PORTER LLP

By: *<u>/s/ Michael Berta</u>*
Michael Berta

*Attorneys for Plaintiff*
MACHINE ZONE, INC.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and Local Rule 3-6, Plaintiff Machine Zone, Inc. demands trial by jury of all issues properly triable of right by a jury.

Dated: August 6, 2015

Respectfully submitted,

ARNOLD & PORTER LLP

By: *____/s/ Michael Berta____*
Michael Berta

*Attorneys for Plaintiff*
MACHINE ZONE, INC.

# EXHIBIT A

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-2231903601

## Mail Certificate

Goodwin Procter LLP
Eleanor Yost
901 New York Avenue NW
Washington, DC 20001 United States

**Priority:** Routine **Application Date:** March 19, 2015

## Correspondent

**Organization Name:** Goodwin Procter LLP
**Name:** Eleanor Yost
**Email:** eyost@goodwinprocter.com
**Address:** 901 New York Avenue NW
Washington, DC 20001 United States

Registration Number
***-APPLICATION-***

## Title

**Title of Work:** Game of War: Fire Age

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** July 25, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Machine Zone, Inc.
  **Author Created:** computer program, artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Machine Zone, Inc.
2225 East Bayshore Road, Suite 200, Palo Alto, CA, 94303, United States

## Certification

**Name:** Eleanor M. Yost
**Date:** March 19, 2015

# EXHIBIT B

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-2231903793

## Mail Certificate

Goodwin Procter LLP
Eleanor Yost
901 New York Avenue NW
Washington, DC 20001 United States

**Priority:** Routine **Application Date:** March 19, 2015

## Correspondent

**Organization Name:** Goodwin Procter LLP
**Name:** Eleanor Yost
**Email:** eyost@goodwinprocter.com
**Address:** 901 New York Avenue NW
Washington, DC 20001 United States

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Game of War: Fire Age v.1.5

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** November 01, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Machine Zone, Inc.
  **Author Created:** computer program, artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Machine Zone, Inc.
2225 East Bayshore Road, Suite 200, Palo Alto, CA, 94303, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, artwork

**New material included in claim:** computer program, artwork

## Certification

**Name:** Eleanor M. Yost
**Date:** March 19, 2015

# EXHIBIT C

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-2231903850

## Mail Certificate

Goodwin Procter LLP
Eleanor Yost
901 New York Avenue NW
Washington, DC 20001 United States

**Priority:** Routine **Application Date:** March 19, 2015

## Correspondent

**Organization Name:** Goodwin Procter LLP
**Name:** Eleanor Yost
**Email:** eyost@goodwinprocter.com
**Address:** 901 New York Avenue NW
Washington, DC 20001 United States

Registration Number
***-APPLICATION-***

## Title

**Title of Work:** Game of War: Fire Age v.2.0

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Machine Zone, Inc.
  **Author Created:** computer program, artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Machine Zone, Inc.
2225 East Bayshore Road, Suite 200, Palo Alto, CA, 94303, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, artwork

**New material included in claim:** computer program, artwork

## Certification

**Name:** Eleanor M. Yost
**Date:** March 19, 2015

# EXHIBIT D

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-2231903897

## Mail Certificate

Goodwin Procter LLP
Eleanor Yost
901 New York Avenue NW
Washington, DC 20001 United States

**Priority:** Routine **Application Date:** March 19, 2015

## Correspondent

**Organization Name:** Goodwin Procter LLP
**Name:** Eleanor Yost
**Email:** eyost@goodwinprocter.com
**Address:** 901 New York Avenue NW
Washington, DC 20001 United States

Registration Number
***-APPLICATION-***

## Title

**Title of Work:** Game of War: Fire Age v.2.5

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Machine Zone, Inc.
  **Author Created:** computer program, artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Machine Zone, Inc.
2225 East Bayshore Road, Suite 200, Palo Alto, CA, 94303, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, artwork

**New material included in claim:** computer program, artwork

## Certification

**Name:** Eleanor M. Yost
**Date:** March 19, 2015

# EXHIBIT E

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-2231903944

## Mail Certificate

Goodwin Procter LLP
Eleanor Yost
901 New York Avenue NW
Washington, DC 20001 United States

**Priority:** Routine **Application Date:** March 19, 2015

## Correspondent

**Organization Name:** Goodwin Procter LLP
**Name:** Eleanor Yost
**Email:** eyost@goodwinprocter.com
**Address:** 901 New York Avenue NW
Washington, DC 20001 United States

Registration Number

***-APPLICATION-***

## Title

**Title of Work:** Game of War: Fire Age v.3.0

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 01, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Machine Zone, Inc.
  **Author Created:** computer program, artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Machine Zone, Inc.
2225 East Bayshore Road, Suite 200, Palo Alto, CA, 94303, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, artwork

**New material included in claim:** computer program, artwork

## Certification

**Name:** Eleanor M. Yost
**Date:** March 19, 2015