United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MACHINE ZONE, INC.,

       Plaintiff,

    v.

EMBER ENTERTAINMENT, INC.,

       Defendant.

Case No.  15-cv-01554-VC

**ORDER RE DISCOVERY LETTER**

Re: Dkt. No. 36

Machine Zone's request for relief in its discovery letter dated August 13, 2015 is denied.

**IT IS SO ORDERED.**

Dated: August 17, 2015

VINCE CHHABRIA
United States District Judge