CHAD S. HUMMEL (State Bar No. 139055)
E-mail: chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, California 90067
Telephone: (310) 595 9500
Facsimile: (310) 595 9501

MARK S. LEE (State Bar No. 094103)
E-mail: mlee@manatt.com
SETH REAGAN (State Bar No. 279368)
E-mail: sreagan@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
EMBER ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Machine Zone, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Ember Entertainment, Inc.,<br><br>Defendant. | Case No. 3:15-cv-01554<br><br>**ANSWER OF DEFENDANT EMBER ENTERTAINMENT, INC., TO FIRST AMENDED COMPLAINT; AND**<br><br>**COUNTERCLAIM FOR DECLARATORY RELIEF BY EMBER ENTERTAINMENT, INC.** |
| Ember Entertainment, Inc.<br><br>Counter-Claimant,<br><br>v.<br><br>Machine Zone, Inc.,<br><br>Counter-Defendant | |

## ANSWER

Defendant Ember Entertainment Inc. ("Ember") responds to plaintiff Machine Zone, Inc.'s ("Machine Zone's") First Amended Complaint as follows:

## ADMISSIONS AND DENIALS

1. Ember admits the allegations of paragraph 6, 7 and 8.

2. With regard to the allegations of paragraphs 9, Ember admits that it is doing business in the State of California. With regard to the allegations of paragraphs 29-33, Ember admits that its game *Empire Z* shares certain unprotectable elements with various games that predate *Game of War*, including the fact that *Empire Z* is distributed for free; that *Empire Z* permits purchases of in-game consumables and currency that can be exchanged for in-game commodities; that *Empire Z* utilizes the concept of a "hero;" that *Empire Z* allows players to form or join alliances; that *Empire Z* requires players to produce and use commodities; and that the ultimate goal of *Empire Z* is to become the leader of the fictional world the game creates. Ember denies all of the remaining allegations in all of those paragraphs.

3. With regard to the allegations of paragraphs, 1,2,11-15, 19-22, and 34-51, Ember lacks sufficient information and belief to form an opinion as to the truthfulness or falsity of those allegations, and denies those allegations on that basis.

4. Ember denies all of the remaining allegations in Machine Zone's First Amended Complaint.

## AFFIRMATIVE DEFENSES

Further answering the First Amended Complaint, Ember pleads the following affirmative defenses[1]:

## FIRST AFFIRMATIVE DEFENSE
## (FAILURE TO STATE A CLAIM)

1. Machine Zone's First Amended Complaint, and each claim thereof, fails to state a claim on which relief can be granted.

[1] To the extent these affirmative defenses address matters and issues on which Machine Zone has the burden of proof, Ember raises the defense out of an abundance of caution and does not thereby assume the burden of proof on that matter or issue.

**SECOND AFFIRMATIVE DEFENSE**
**(LACK OF COPYRIGHTABLE SUBJECT MATTER)**

2. Those portion of *Game of War* ("*GoW*") that Machine Zone claims Ember copied are not copyrightable subject matter and therefore cannot support Machine Zone's copyright infringement claim.

**THIRD AFFIRMATIVE DEFENSE**
**(ALLEGED INFRINGEMENT *DE MINIMIS*)**

3. Without admitting the use of any copyrighted material allegedly owned by Machine Zone, which is denied, any such alleged use is *de minimis* and therefore cannot support Machine Zone's copyright infringement claim.

**FOURTH AFFIRMATIVE DEFENSE**
**(LACK OF CAUSATION)**

4. Without admitting any of the allegations in the First Amended Complaint, which are denied, any alleged use of any elements of *GoW* did not proximately cause any alleged damages to Machine Zone and/or did not proximately result in any alleged profits to Ember.

**FIFTH AFFIRMATIVE DEFENSE**
**(COPYRIGHT MISUSE)**

5. Machine Zone claims that Ember infringed Machine Zone's alleged "copyright" in elements of *GoW* that Machine Zone copied from pre-existing video games or that are otherwise not protectable by copyright law. Machine Zone has done this to stifle competition from Ember, a much smaller competitor with a superior video game, contrary to the policies of promoting invention and creative expression that underlie the Copyright Act. Machine Zone is therefore barred from enforcing its copyright by the doctrine of copyright misuse.

**SIXTH AFFIRMATIVE DEFENSE**
**(UNCLEAN HANDS)**

6. Machine Zone claims that Ember infringed Machine Zone's alleged "copyright" in elements of *GoW* that Machine Zone copied from pre-existing video games or that are otherwise not protectable by copyright law. Machine Zone has done this to stifle competition from Ember, a much smaller competitor with a superior video game, contrary to the policies of promoting invention and creative expression that underlie the Copyright Act. Plaintiff's First Amended

Complaint, and each claim thereof, therefore is barred, in whole or in part, by the doctrine of unclean hands.

**<u>SEVENTH AFFIRMATIVE DEFENSE</u>**
**(FAILURE TO MITIGATE)**

7. To the extent Plaintiff may be seeking an award of damages based on the allegations of the First Amended Complaint, Plaintiff has failed, adequately or at all, to mitigate his alleged damages, if any.

**<u>EIGHTH AFFIRMATIVE DEFENSE</u>**
**(NO STATUTORY DAMAGES OR ATTORNEYS' FEES)**

8. Plaintiff is not entitled to statutory damages or attorneys' fees pursuant to 17 U.S.C. § 412(ii) or on any other basis because it did not apply to register for copyright any aspect of *GoW* with the Copyright Office until about ten months after Ember began distributing *Empire Z,* the work that Machine Zone contends infringes the copyrights at issue.

**<u>NINTH AFFIRMATIVE DEFENSE</u>**
**(ADEQUATE REMEDIES AT LAW)**

9. Any claim for equitable relief set forth in the First Amended Complaint, and each claim thereof, including injunctive relief and disgorgement, are barred because Plaintiff has adequate remedies, if any, at law.

**<u>TENTH AFFIRMATIVE DEFENSE</u>**
**(NO BASIS FOR INJUNCTIVE RELIEF)**

10. Plaintiff's First Amended Complaint, and each claim thereof, fails to state facts that would entitle Plaintiff to obtain injunctive relief because, among other things, there is no threat of immediate and/or continuing harm, all of the objected-to conduct was not infringing, and Plaintiff's prejudicial delay in seeking to enforce his rights, if any, should preclude it from obtaining such relief.

**<u>ELEVENTH AFFIRMATIVE DEFENSE</u>**
**(JUSTIFICATION)**

11. Any action taken by Defendants as alleged in the Complaint was supported by good cause and was justified.

**TWELFTH AFFIRMATIVE DEFENSE**
**(FRAUD ON THE COPYRIGHT OFFICE)**

12. Machine Zone's Complaint is barred, in whole or in part, because it submitted a fraudulent copyright application to the U.S. Copyright Office that claimed original creation, ownership, and copyright protectability of elements of *GoW* that Machine Zone copied from pre-existing works, that were common to the genre of video games at issue herein, or that were and are otherwise not protectable by copyright law. Plaintiff's copyright registrations therefore are invalid and cannot support the claims in its first amended complaint.

**THIRTEENTH AFFIRMATIVE DEFENSE**
**(FAIR USE)**

Without admitting the alleged use of copyrighted material allegedly owned by Machine Zone, which is denied, the conduct of which Machine Zone complains constitutes fair use

**FOURTEENTH AFFIRMATIVE DEFENSE**
**(RESERVATION OF ADDITIONAL AFFIRMATIVE DEFENSES)**

12. Defendants reserve their right to amend this answer to add any additional affirmative defenses it deems necessary.

**PRAYER FOR RELIEF**

Wherefore, Ember prays for judgment as follows:

1. That Machine Zone take nothing by reason of its First Amended Complaint;

2. That Machine Zone's First Amended Complaint be dismissed with prejudice;

3. That judgment be entered in favor of Ember and against Machine Zone on all of the claims in Machine Zone's First Amended Complaint;

4. That Machine Zone be ordered to pay Ember's reasonable attorneys' fees and costs incurred herein.; and

5 For such other and further legal and equitable relief as the Court deems just and proper.

Dated: August 20, 2015

CHAD S. HUMMEL
SIDELEY AUSTIN, LLP

MARK S. LEE
SETH REAGAN
MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Mark S. Lee
Mark S. Lee
*Attorneys for Defendant and Counterclaimant*
EMBER ENTERTAINMENT, INC.

## COUNTERCLAIM

Without waiving the defenses set forth in its Answer, Defendant Ember Entertainment, Inc. ("Ember" or "Counterclaimant") alleges and avers as follows against Plaintiff and Counter-Defendant Machine Zone, Inc. ("Machine Zone").

## SUMMARY OF COUNTERCLAIM

1. Machine Zone claims that a video game Ember created called *Empire Z* infringes Machine Zone's copyright in a game called *Game of War* ("*GoW).* However, Machine Zone owns no valid copyright interest in any of the elements it claims *Empire Z* infringes because: (i) Machine Zone copied those elements from other, earlier games, which means they are not original to nor protectable by Machine Zone; (ii) the disputed elements are unprotectable ideas, game rules, or aspects of the game dictated by functional constraints; or (iii) the disputed elements are unprotectable common, stock, "scenes-à-faire" elements widely used in other, earlier games.

2. Machine Zone improperly claims "copyright" in these unprotectable elements to stifle competition from Ember, a smaller competitor with a superior video game, contrary to the policies of promoting invention and creative expression that underlie the Copyright Act. Ember seeks an order declaring that its *Empire Z* video game does not infringe any valid copyright interest in *GoW*, and awarding Ember its attorneys' fees and costs in defending against Machine Zone's copyright infringement claim and pursuing this declaratory relief counterclaim.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this counterclaim pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 2201, 28 U.S.C. § 1338(a), and 28 U.S.C. § 1367(a).

4. Venue is proper in this district on this counterclaim pursuant to 28 U.S.C. § 1391(d).

## PARTIES

5. Counterclaimant Ember is a Delaware corporation with its principal place of business in Seattle, Washington, which does business in this judicial district.

6. Ember is informed and believes that Counter-Defendant Machine Zone is a

Delaware corporation with its principal place of business in Palo Alto, California, which does business in this judicial district.

**FACTUAL BACKGROUND**

7. Over recent decades, developments in computer networking technology have allowed the creation of video games that permit many people to simultaneously play with and against each other over the Internet in virtual fantasy worlds that exists only in cyberspace. Differing types of such games have been given acronyms such as "MMORPG," for "Massively Multiplayer Online Role Playing Games," or "MMORTS," for "Massively Multiplayer Online Real Time Strategy Games."

8. In recent years, a genre of fantasy-based "MMO" games has arisen for use on online social media and mobile devices. Taking "empire building" and "warfare" elements from *Civilization*, *SimCity*, and other games that date back decades, as well as historical and contemporary battle settings, these "MMO" games combine fantasy elements of traditional "role playing" ("RPG") games with strategic elements of "real time strategy" ("RTS") games, and in this counterclaim are called "MMOS," for "Massively Multiplayer Online Strategy" games. These MMOS games generally involve building a kingdom, fighting against other kingdoms, and interacting with other players as allies or opponents, as all players seek to become the head of the fantasy world in which the game is set.

9. Many MMOS games in this genre have been made available to the public over the past several years. To identify only a few such games, Ember is informed and believes that a game called *Evony* was released in about May 2009; that a game called *Valor* was released in October 2010; that a game called *Kingdoms of Camelot("KoC")* was launched on Facebook in late 2009 and launched for iOS on or about November 21, 2011; that a game called *Galaxy Empire* was released in November 2011; that a game called *Dragons of Atlantis ("DoA")* was launched on Facebook in 2011 and on iOS on or about April 17, 2013; that a game called *King's Empire* was launched on or about February 11, 2012; that games called *Throne on Fire HD* and *Heroes of Three Kingdoms* were released in May 2012; that a game called *Wartune* was released in June 2012; that a game called *Clash of Clans ("CoC")* was released on August 2, 2012; that a

game called *Arcane Empires* was launched on August 22, 2012; that a game called *The Hobbit: Kingdoms of Middle Earth* ("*Hobbit*"*)* was released on or about November 1, 2012; that a game called *Spartan Wars* was launched on December 1, 2012; that a game called *Alien Hive* was released in March 2013; and that a game called *War of Nations* was released on June 20, 2013. Once released, each such game was freely available to the public, and was accessible by Machine Zone during the time Ember is informed and believes Machine Zone worked to create *GoW*. Ember is further informed and believes that the copyright in each such game is, and at all relevant times has been, owned by each game's creator or its successor in interest.

10. MMOS games in this genre share a number of common elements. For example, such games are played on an online platform that permits real time interaction with other players over the Internet. That platform could be a PC or Apple computer, but in recent years has tended to be iOS or Android based "smartphone" or tablet mobile devices. Such games typically are viewed on the relatively small screens available on such mobile devices. Such games generally depict their playing fields from the "isometric" perspective, above and at an angle from the field of play that is shown on the screen. Such games also place buttons, icons, prompts, and other elements needed to play the game on the screen's borders, usually grouped on the top and bottom of the vertically-oriented screen, with the field of play in the center of the screen.

11. MMOS games in this genre are commonly set in an historical, romantic, or science fiction-related fantasy setting. In such games, a player commonly begins by being given the task of building, growing, protecting, and/or defending a kingdom, city, castle, or other geographic location, often encouraged by an attractive male or female fantasy figure, who often appears periodically in the game in a corner of the viewing screen.

12. To accomplish those tasks, the player in such games often is assigned a hero, and is encouraged to gather resources needed to build a city, castle, or kingdom in the equivalent time period in the real world, such as wood, stone, metals, ore, food, gold, silver, gens, etc. To gather those resources, the player often is given "quests," the accomplishment of which take a certain amount of time as measured by a "timer." Once "quests" are accomplished and resources are otherwise gathered or purchased, the player uses them to build homes, cottages, farms, barracks,

storage facilities, a city wall, and other structures that will strengthen the kingdom, city, etc. and allow more people and soldiers to live in and defend it.

13. To accomplish some of these tasks in such MMOS games, a player is encouraged to assemble, train, house, feed, and use troops to defend his or her kingdom, city, castle, etc. from attack by other players, and to attack other kingdoms, castles, or realms to acquire more troops and resources. These actions consume resources. Players are encouraged to form alliances with other players in the game, so as to join forces in defensive or offensive military and other efforts. Players are encouraged to conduct research needed to improve the technology in their kingdom, develop superior weapons, and/or gather intelligence about prospective targets or opponents.

14. The purported goal in all of these games is to progress upward through various "levels," and ultimately to build the most powerful kingdom, city, castle, etc. possible in a game world full of other players with the same goal. However, in practice such ultimate goals are usually difficult or impossible to achieve, and often much of the enjoyment of the games involves "game play" interaction between players.

15. Games in this genre commonly use what is called the "free-to-play" or "freemium" business model to generate revenue. In that model, a computer software application or "App" is offered for free download to a prospective player's mobile device. Once downloaded, a player can then play the game on his or her device without paying any fee. However, building one's city, training one's troops, etc. within the game requires resources and time, and generally, the more the game is played, and the higher a player rises within the game, the more resources and time are required to accomplish the various tasks needed for the player to progress further in the game. To reduce the time needed to accomplish such tasks or quests, to gather resources, and to otherwise progress in the game, players are encouraged to buy game currency, "power-ups," "speed-ups," and other resources or advantages with real money in what are called "microtransactions." Most game companies that follow the "freemium" business model derive their revenues from the advantages some players decide to purchase through such microtransactions to progress faster in the games.

16. *GoW* is one of the many games in this genre, and it copied the elements summarized above, along with many others, from a number of games that were created before it, to create an MMOS game that operates similarly to pre-existing games, on a massive scale. Ember is informed and believes that Machine Zone did this intentionally, because Machine Zone believed that copying from pre-existing games was a good business model. As Machine Zone's Chief Executive Gabriel Leydon stated in a 2012 interview he gave while *GoW* allegedly was being created:

> "[Interviewer] Is copying and cloning a good model?"
>
> "[Mr. Leydon] It's a good model if you have scale...If you have cheap scale, it's a great model...[A]ll I need to do is find out what works and have cheaper scale than them, copy it, and scale it out... If you want to scale fast and you have the ability to do it cheaply, you just clone."[2]

17. *GoW* was first launched on or about July 25, 2013, after all of the games identified above. Due to an extremely aggressive and expensive advertising campaign featuring supermodel Kate Upton, on which Ember is informed and believes Machine Zone has spent and is continuing to spend amounts of money unprecedented in the MMOS video game industry, *GoW* has attracted large numbers of players. Press reports state that Machine Zone is receiving more that $1 million per day in revenue from *GoW* due to that ad campaign, and some reports claim that Machine Zone has a market value in the billions of dollars.

18. However, notwithstanding its advertising-driven popularity, *GoW's* derivative nature and similarity to pre-existing MMOS games such as those identified above has been widely recognized. *GoW* has been called one of "25 Games Like *Evony*," "15 Games Like *Kingdoms of Camelot: Battle for the North*," and "13 Games Like *King's Empire*."[3] *GoW*'s derivative nature is readily demonstrated by comparing its "essential goal" -" to build a city, form

---

[2] Dean Takahashi, "Gabriel Leydon foresees the "true" dominance" of mobile games coming (interview)," Venture Beat, April 1, 2012, http://venturebeat.com/2012/04/01/gabriel-leydon-foresees-the-true-dominance-of-mobile-games-coming-interview/..

[3] Games Finder, "35 Games Like Evony," http://gameslikefinder.com/games-like-evony/; Gameslikex, " 15 Games Like *Kingdoms of Camelot: Battle for the North*," http://www.gameslikex.com/Kingdoms-of-Camelot-Battle-for-the-North and "13 Games Like King's Empire," http://www.gameslikex.com/King-s-Empire.

alliances with other cities, and develop the strongest 'kingdom" (First Amended Complaint ["FAC"] ¶ 30), with the almost interchangeable "essential goal" descriptions provided by some of the creators or reviewers of the pre-existing games in this genre identified above, as follows:

- **Evony-** "Evony... is an empire building game played by 18 Million Players in over 167 countries.[4] "Players... expand, research, build armies, and collect resources[,]... interact with neighbors, attack and sack other cities, or engage in diplomacy."[5]
- **Valor**- "It begins with a city...that builds an army...that starts a war... Highly competitive environment with deeply strategic combat...- Control hundreds of cities to create a lasting empire... Join a guild, conquer enemy players and claim a world..."[6]
- **KoC**- "Build the mightiest kingdom to rule Camelot! Expand your Kingdom... Join Arthur's roundtable... Amass an Army...Reap the Spoils of War... Form Powerful Alliances..."[7]
- **DoA**- "Build a powerful empire in an ancient and mystical land...Conquer adversity with an army...Harness the wisdom of a lost civilization...Participate in a vibrant community of dedicated alliances, fierce conflicts and epic battles."[8]
- **King's Empire**- "Win epic PVP ["Player versus Player"] wars with powerful allies. Form the ultimate alliances with millions of players online and conquer kingdoms...Prepare your army to attack and defend against other kingdoms... Trade resources... Research a range of technologies to enhance resource production, military power, and defensive strength...take control of city-states...and expand your territory for glory."[9]

---

[4] See http://www.evony.com/.
[5] See http://www.mmorpg.com/gamelist.cfm/game/486.
[6] See https://www.appannie.com/apps/ios/app/valor-2-3/.
[7] See https://www.kabam.com/games/kingdoms-of-camelot.
[8] See https://www.kabam.com/games/dragons-of-atlantis.
[9] See https://play.google.com/store/apps/details?id=com.tap4fun.kings_empire&hl=en.

- **Throne on Fire HD**-"Come to establish the unbreakable alliance with your friends, to destroy every hostile force and be the ultimate mighty Lord of the world."[10]
- **Arcane Empires**- "Play online with thousands of other players...Train an army... Build a great and powerful colony...Forge diplomatic alliances...Conquer enemies and isles across the vast world map."[11]

19. GoW's derivative nature also has been widely recognized, and criticized, in the player community. To list a few representative comments:

- "[*GoW* is] pretty much a clone of every other game with an empire/kingdom (which there is already too many of)."[12]
- "This game is a copy of *Evony*."[13]
- "This game is very involved overall and its similar to many other mobile real-time-building-strategy game like K*ings' Empire* etc."[14]
- "If you are a fan of *Kingdoms of Camelot* or any of those types [of games], this [*GoW*] game is exactly the same." [15]
- "Looks like S*partan Wars*. Plays like H*obbit KOM*."[16]
- "[*GoW* is] so similar to *Hobbit: Kingdoms of Middle Earth* it is creepy."[17]

---

[10] See http://www.rockifone.com/.
[11] See https://www.kabam.com/games/arcane-empires.
[12] Review of August 13, 2013, https://www.apptweak.com/game-of-war-fire-age/iphone-ipad/canada/app-marketing-app-store-optimization-aso/reviews-ratings/worst/all-versions/667728512
[13] Review of January 20, 1015, https://www.appannie.com/apps/ios/app/667728512/reviews/?date=2013-07-25~2015-05-12&search=Evony
[14] Review of January 18, 2015, https://www.appannie.com/apps/ios/app/667728512/reviews/?date=2013-07-25~2015-05-20&search=King's%20Empire
[15] Review of October 19, 2013, https://www.appannie.com/apps/ios/app/667728512/reviews/?date=2013-07-25~2015-04-08&search=exactly%20same.
[16] Review of July 29, 2013, https://www.appannie.com/apps/ios/app/667728512/reviews/?date=2013-07-25~2015-07-13&search=Spartan%20Wars.
[17] Review of July 25, 2014,

- "*Game of War* is built on a framework that is *very* similar to multiplayer mobile strategy game that have come before it... [It] sticks very close to the script used by *Kingdoms of Camelot* and *The Hobbit: Kingdoms of Middle Earth*, to name just a few."[18]
- "This [*GoW*] game is a complete copy of the game *clash of clans*. Except *clash of clans* is better."[19].
- "This [*GoW*] game is a cheap knock off of *Dragons of Atlantis*." [20]
- [Machine Zone] makes[s] a generic game that copies so many others before it, and then pay[s] a model with lots of sex appeal to make seductive suggestions for people to come play."[21]

20. Even Machine Zone's highly successful Kate Upton-centered ad campaign has been recognized as derivative of similarly sexualized ad campaigns for *Evony*, an earlier game in the same genre. As one reviewer noted:

> "Well, it's finally happened-those stupid *Evony* ads from back in the day have hit the mainstream, as...Kate Upton has started appearing in actual TV commercials for a sh***ty knock-off game [*GoW*] and beckons potential players to "Come play, my lord" (well, "Come play with me", which really is somehow MORE groan-inducingly sexual [than the *Evony* ads' "Come Play, My Lord" language was]."[22]

21. Due to its highly derivative nature, the "game play" experience in *GoW* has been criticized by reviewers for failing to provide anything new or original. As reviewers have noted:

---

https://www.appannie.com/apps/ios/app/667728512/reviews/?date=2013-07-25~2015-04-08&search=clone%20Hobbit

[18] Nick Tylwalk, "Game of War-Fire Age Review," http://www.gamezebo.com/2013/08/02/game-war-fire-age-review/ .

[19] Review of July 28, 2014, https://www.appannie.com/apps/ios/app/667728512/reviews/?date=2013-07-25~2015-04-08&search=copy

[20] Review of Nov. 19, 2014, https://www.appannie.com/apps/ios/app/667728512/reviews/?date=2013-07-25~2015-04-08&search=knock%20off

[21] Lance Liebl, "Here's Why the Kate Upton Game of War ad is atrocious," http://www.gamezone.com/originals/here-s-why-the-kate-upton-game-of-war-ad-is-atrocious-jref

[22] Andrew Bridgman, "5 Dumb Facts About That Dumb Kate Upton Mobile Game", http://www.dorkly.com/post/71697/5-insane-things-about-the-mobile-game-starring-kate-upton .

- "It [Machine Zone] forgot something else that is kind of important: giving all those united people [who play *GoW*]: something new and exciting to do...the core game play revolves around waiting for your task timers to finish and then queuing up new ones."[23]
- "In '*Game of War*,' every action is completed in the same way: click, then wait. This boring and repetitive game play quickly gets old...The game's lack of lasting game play is only made worse by its performance issues... As I dig farther into the game, its repetitive, boring gameplay really comes to light."[24]
- "But is the [*GoW*] game any good? [F]or me personally, it's kind of a collection of the worst of the mobile F2P ["free to play"] games craze. The UI [user interface] is an absolute nightmare, and flashing icons on the screen constantly beg players to purchase gold packages for real life cash."[25]
- "I opened the game I'd been poking away at for two weeks [*GoW*].. and realized that I still had no idea what I was playing for. There's no evident storyline, no clear enemy or overarching objective in sight, and none of the very light personality depicted in a commercial seen on TV's biggest stage."[26]
- "It's not even a particularly attractive game, full of menus and ancient-looking artwork... *Game of War: Fire Age* winds up being one heck of a menu-navigating simulation. "[27]

---

[23] Nick Tylwalk, "Game of War-Fire Age Review," http://www.gamezebo.com/2013/08/02/game-war-fire-age-review/ .

[24] George Ash, "Review: 'Game of War; Fire Age,'" http://www.voxmagazine.com/2015/03/game-of-war-fire-age-review/.

[25] Paul Tassi, "A $40M Ad Budget Buys 'Game of War: Fire Age Kate Upton," http://www.forbes.com/sites/insertcoin/2014/11/16/a-40m-ad-budget-buys-game-of-war-fire-age-kate-upton/.

[26] Andrew Hayward, "Freemium Field Test: Game of War Fire Age is even less exciting that its generic Kate Upton commercials," http://www.macworld.com/article/2880551/freemium-field-test-game-of-war-fire-age-is-even-less-exciting-than-its-generic-kate-upton-commerci.html.

[27] Andrew Hayward, "Freemium Field Test: Game of War Fire Age is even less exciting that its generic Kate Upton commercials," http://www.macworld.com/article/2880551/freemium-field-test-game-of-war-fire-age-is-even-less-exciting-than-its-generic-kate-upton-commerci.html.

- “Tired of building stuff? Your cartoonish hero and any trained troops can be sent out on quests- but all that means is tapping a button on a menu and waiting for a timer to tick down so you can collect a reward.”[28]
- “Yet for all the complexity, *Game of War* feels disappointingly simple. The way you gain levels for your warrior is to do the specific things the game asks of you at any given moment, which is generally “build this thing”...The game makes you wait a long time to build a specific thing. You start out at one-minute waits, but in a short time I’ve had to wait three hours to have one thing finished...This is another “freemium” game that makes you wait for no other reason than to wring money out of you.”[29]
- “[T]he biggest catch is that *Fire Age* tries to convince players that an eventual ‘point’ will emerge when there really is none. You’re amassing power and resources, but to what end? Where’s the motivation? And why would I spend money if still I don’t see an objective after two weeks of steady play?”[30]
- “[I]s "Game of War" worth the hype? After trying it out for a couple of weeks, we have to answer a resounding no. This game is disaster.”[31]
- “*Fire Age* doesn’t bother with interesting game play or any semblance of storyline-it’s all ‘build this’ and ‘train them,’ but the reward is simply more and more busywork.”[32]

---

[28] Andrew Hayward, “Freemium Field Test: Game of War Fire Age is even less exciting that its generic Kate Upton commercials,” http://www.macworld.com/article/2880551/freemium-field-test-game-of-war-fire-age-is-even-less-exciting-than-its-generic-kate-upton-commerci.html

[29] Robert Evatt, “Bits and Bytes: *Game of War* is a disappointing game of clicking and waiting,” http://www.tulsaworld.com/blogs/business/technology/bits-and-bytes-game-of-war-is-a-disappointing-game/article_2e528b8f-38b6-528a-a2bc-f90c90db04c7.html.

[30] Andrew Hayward, “Freemium Field Test: Game of War Fire Age is even less exciting that its generic Kate Upton commercials,” http://www.macworld.com/article/2880551/freemium-field-test-game-of-war-fire-age-is-even-less-exciting-than-its-generic-kate-upton-commerci.html

[31] Matt Johnston, “The ugly truth about the wildly popular ‘Game of War’ featuring Kate Upton,” http://www.businessinsider.com/game-of-war-is-bad-2015-5.

[32] Andrew Hayward, “Freemium Field Test: Game of War Fire Age is even less exciting that its generic Kate Upton commercials,” http://www.macworld.com/article/2880551/freemium-field-test-game-of-war-fire-age-is-even-less-exciting-than-its-generic-kate-upton-commerci.html

- “It's not hard to tell from the ubiquitous ads for "Game of War: Fire Age," featuring a scantily clad Kate Upton, that it is one of the worst variety of mobile games. If you had any doubt, just read Matt Johnston's walkthrough about how painful it is to gather resources endlessly just to unlock ways to gather more resources without ever engaging in anything close to war. Despite being painful to play, however, this cr**py game is incredibly profitable..”[33]
- “[*GoW*] is a complete copy of the [C*lash of Kings*] game with worse graphics, terrible tutorial and little to do without spending your own money all the time[.]”[34]

22. Ember is informed and believes that as a result of its “repetitive, boring” game play, *GoW* loses players at an unusually high rate, and that it has to continue its aggressive and expensive ad campaign to attract new players to make up for the ones it is constantly losing.

23. Ember is informed and believes that the derivative nature of *GoW*, and lack of originality in *GoW*’s game play, is due in part to the fact that the “game play” elements of *GoW* which Machine Zone claims *Empire Z* infringes are relatively unimportant to Machine Zone, which instead is focused on creating a massive online social network. As Machine Zone’s Chief Executive Gabriel Leydon explained, “We effectively built a real-time Facebook network and added a game on top of it.”[35] “What we’re doing is creating a more social experience and then wrapping a game around it...It’s closer to a social network than it is a video game. Facebook has pokes and messages and things like that. In *Game of War*, you have attacks and friends and chats.”[36] “This is what my goal is, to network the entire world together into one real-time environment.”[37]

---

[33] Ben Gilbert, “How the abysmal ‘Game of War’ featuring Kate Upton makes so much money,” http://www.businessinsider.com/how-game-of-war-makes-money-2015-5?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+businessinsider+%28Business+Insider%29.

[34] Review of March 25, 2015, https://www.appannie.com/apps/ios/app/667728512/reviews/?date=2013-07-25~2015-05-12&search=copy

[35] Dean Takahashi, “Machine Zone launched ambitious iOS title Game of War: Fire Age after huge investment,” http://venturebeat.com/2013/07/25/after-huge-investment-machine-zone-launches-ambitious-ios-title-game-of-war-fire-age/.

[36] Robert Kolker, “One Nerd To Rule Them All(With Lots of Kate Upton),:

24. Ember is a much smaller company than Machine Zone that in 2014 released *Empire Z*, an MMOS game set in a post-apocalyptic, zombie infested future. Because *Empire Z* is another online mobile game in the same genre as *Evony*, *Valor*, *KoC*, *DoA*, *King's Empire*, *Throne on Fire HD*, *Arcane Empires*, *GoW*, and other games, it shares certain unprotectable elements common to games in this genre. However, *Empire Z* contains many new and original elements that set it apart from other genre MMOS games, and as a result, it has been praised by the player community for its high quality gameplay. To give a few representative examples:

- "Top Game."[38]
- "Plenty of games and 'events' to keep you busy."[39]
- "Excellent gameplay solo or in alliances."[40]
- "This is the best online zombie game!"[41]
- "This is the best MMO game I've ever played go check it out. This game is like no other with its story and it timeline it's amazing."[42]
- "Very good game."[43]
- "It's cool."[44]
- "This is a fun game to play. It has a story line, strategy, and good graphics. If

---

http://www.bloomberg.com/graphics/2015-game-of-war/

[37] Douglas MacMillan and Telis Demos, "Financing Would Give Game Startup $3 Billion Valuation, Wall Street Journal, http://www.wsj.com/articles/machine-zone-financing-would-give-it-3-billion-value-1405552440.

[38] Review of October 18, 2014, https://www.appannie.com/apps/google-play/app/com.ember.stainz/reviews/?date=2014-04-29~2015-05-13.

[39] Review of October 18, 2014, https://www.appannie.com/apps/google-play/app/com.ember.stainz/reviews/?date=2014-04-29~2015-05-13.

[40] Review of July 13, 1014 , http://www.amazon.com/Ember-Entertainment-Empire-Z/product-reviews/B00KZ1I254/ref=dp_top_cm_cr_acr_txt?ie=UTF8&showViewpoints=1.

[41] Review of October 18, 2014, https://www.appannie.com/apps/google-play/app/com.ember.stainz/reviews/?date=2014-04-29~2015-05-13.

[42] http://www.amazon.com/Ember-Entertainment-Empire-Z/product-reviews/B00KZ1I254/ref=dp_top_cm_cr_acr_txt?ie=UTF8&showViewpoints=1.

[43] Review of October 17, 2014, https://www.appannie.com/apps/google-play/app/com.ember.stainz/reviews/?date=2014-04-29~2015-05-13

[44] Review of October 17, 2014, https://www.appannie.com/apps/google-play/app/com.ember.stainz/reviews/?date=2014-04-29~2015-05-13

your[sic] looking for a great game then here it is."[45]

- "Pretty fun, can't wait for the next update!"[46]
- "Most realistic battle game in the App Store."[47]
- "Awesome Zombie game. Really challenging. Love it."[48]
- "I'm a *CoC* [*Clash of Clans*] player and I recently downloaded this game and I love it and will definitely play more of it in the future thank you Ember Entertainment for making such a great game."[49]
- "This game is good quality and very in-depth. Huge online multiplayer possibilities. A+"[50]
- "One of the few you either spend cash and build or not, fun for all."[51]
- "This game is great and addicting."[52]

25. Machine Zone claims to own copyrights in *GoW*, based in part on copyright applications it filed March 2015, long after Ember released *Empire Z* in May 2014. Although Machine Zone believed that cloning was a good business model for itself when it developed *GoW* as described in paragraph 16 above, it complains in this action that Ember's *Empire Z* game infringes Machine Zone's alleged copyright in *GoW* because *Empire Z* allegedly shares certain elements with *GoW*. However, to the extent *GoW* and *Empire Z* share any allegedly similar

[45] Review of July 13, 2014, http://www.amazon.com/Ember-Entertainment-Empire-Z/product-reviews/B00KZ1I254/ref=dp_top_cm_cr_acr_txt?ie=UTF8&showViewpoints=1
[46] Review of October 17, 2014, https://www.appannie.com/apps/google-play/app/com.ember.stainz/reviews/?date=2014-04-29~2015-05-13
[47] Review of October 16, 2014, https://www.appannie.com/apps/google-play/app/com.ember.stainz/reviews/?date=2014-04-29~2015-05-13
[48] Review of October 16, 2014, https://www.appannie.com/apps/google-play/app/com.ember.stainz/reviews/?date=2014-04-29~2015-05-13
[49] Review of October 15, 2014, https://www.appannie.com/apps/google-play/app/com.ember.stainz/reviews/?date=2014-04-29~2015-05-13
[50] Review of October 15, 2014, https://www.appannie.com/apps/google-play/app/com.ember.stainz/reviews/?date=2014-04-29~2015-05-13
[51] Review of October 15, 2014, https://www.appannie.com/apps/google-play/app/com.ember.stainz/reviews/?date=2014-04-29~2015-05-13
[52] Review of October 15, 2014, https://www.appannie.com/apps/google-play/app/com.ember.stainz/reviews/?date=2014-04-29~2015-05-13

elements, those elements are not protectable by any valid copyright interest Machine Zone claims in *GoW*, for many reasons.

26. For example, Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because, in both games, players can use their credit cards to purchase “gold” that can be exchanged for “nearly identical types of consumables.” (FAC ¶ 29.) However, the idea of using “gold” as currency is not protectable by copyright law, and that idea has been widely known and used for centuries, such that it is not original to *GoW*. The related idea of using one’s credit card to purchase in-game “gold” or other currency to acquire game commodities is also both unprotectable and ubiquitous in games operating under the “freemium” business model. Many games released before *GoW* and/or *Empire Z* share that idea. Some examples of pre-existing video games Ember has discovered to date that that have similar abilities are shown in Figure 1 below:

**Figure 1 –*Similar Uses of Credit Cards to Acquire In-Game Gold in Pre-existing Games***

***KoC***




***DoA***



***Alien Hive*** ***Valor***







27. In addition, many games that pre-exist *GoW* and/or *Empire Z* also feature the ability to purchase similar "consumables" or advantages within the game with the in-game currency that players can purchase with their credit cards. Some examples of pre-existing video games Ember has discovered to date that have similar abilities are shown in Figure 2 below:

**Figure 2 –*Similar Use of In-Game Currency to Acquire Commodities***

***KoC*** ***DoA***






28. Machine Zone claims that Empire Z infringes its alleged copyright in GoW because both games share the same “essential goal,” which is “to build a city, form alliances with other cities, and develop the strongest ‘kingdom’.” (FAC ¶ 30.) However, that “essential goal” is an unprotectable idea, and has been the “essential goal” of virtually all games in this and related genres of gaming for years, including in innumerable games that predate *GoW* as shown in paragraph 18 above.

29. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because both games feature “heroes.” (FAC ¶ 31.) However, the idea of using a “hero” within a game is both unprotectable and common to many games released before *GoW* and *Empire Z.* Examples of such heroes from a few pre-existing games are set forth in Figure 3 below:

**Figure 3 –*Similar Heroes in Pre-Existing Games***

***DoA*** | ***Throne on Fire HD*** | ***Clash of the 3 Kingdoms*** | ***GoW***




30. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because both games permit players to “form or join an alliance to increase their strength relative to other players.” (FAC ¶ 32.) However, the idea of players forming “alliances” within a game is both unprotectable and common to many games released before *GoW* and/or *Empire Z,* including but not limited to *Valor*, *Kingdoms of Camelot*, *Clash of Clans*, *Dragons of Atlantis*, *King’s Empire*, *Throne on Fire HD,* and *Arcane Empires*, as shown in the game summaries in paragraph 18 above.

31. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because both games use “analogous” commodities. (FAC ¶ 33). However, the idea of using four or five commodities to perform tasks in a strategy game is common to many MMOS games released before *GoW*. Further, the commodities used in such games are limited by the functional

requirement that they be logically helpful to build the city, kingdom, etc. over which the player has responsibility in the game. The commodities listed in *GoW* are not original to *GoW*, similar commodities are found in many pre-existing games, and *Empire Z's* commodities listing is no more similar to *GoW's* commodities listing than *GoW's* listing is similar to commodities listings in pre-existing games, as shown in Figure 4 below:

**Figure 4 –Similar Commodities in Pre-existing Games**

| ***KoC*** | ***Hobbit*** | ***DoA*** | ***Arcane Empires*** | ***GoW*** |
|---|---|---|---|---|
| Food | Food | Food | Food | Food |
| Lumber | Wood | Wood | Wood | Wood |
| Ore | Ore | Metals | Ore | Ore |
| Stone | Stone | Stone | Crystal | Stone |
| Gold | Coins | Gold | Silver | Silver |

32. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because both games share analogous "resource types and structures." (FAC ¶ 34.) However, the "structures" chosen in MMOS games are largely a function of the resources or commodities used in the games. GoW's "resource types and structures" are not original to Machine Zone, similar "resource types and structures" are found in many pre-existing games, and *Empire Z's* "resource types and structures" are no more similar to *GoW's* than *GoW's* "resource types and structures" are similar to those in earlier games, as shown in Figure 5 below:

**Figure 5 – Similar Resource Types and Structures in Pre-Existing Games**

| ***KoC*** | ***Hobbit*** | ***DoA*** | ***GoW*** |
|---|---|---|---|
| Food -> Farm | Food -> Farm | Food -> Farm | Food -> Farm |
| Wood -> Sawmill | Wood -> Lumbermill | Wood -> Lumbermill | Wood ->Logging Camp |
| Ore -> Mine | Ore -> Mine | Ore -> Mine | Ore -> Mine |
| Stone -> Quarry | Stone -> Quarry | Stone -> Quarry | Stone -> Quarry |
| Gold-> Cottage | Coins-> Housing | Gold-> Home | Silver -> Villa |

33. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because both games allow users to purchase resources with virtual currency. (FAC ¶ 35.)

However, the ability to purchase resources with virtual currency is an idea present in virtually all games of this genre, including games on the market long before *GoW* was created. A few examples of earlier games with similar expressions of that idea are shown in Figure 6 below:

**Figure 6- Similar "Virtual Currency" Purchases in Pre-existing Games**

***KoC*** ***Hobbit*** ***GoW***




34. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because "the benefits for the VIP component are similar in each game." (FAC ¶ 36) However, the idea of using VIP levels with increasing benefits or privileges is both unprotectable and common in pre-existing games in this and other genres. As Machine Zone focuses on benefits for VIP Level 2 in Figure 3 of its Complaint, Ember provides examples of similar VIP Level 2 benefits provided in a few of those pre-existing games in Figure 7 below:

**Figure 7- *Similar VIP Level 2 Benefits in Pre-existing Games***

| ***Galaxy Empire*** | ***Wartune*** | ***KoC*** | ***GoW*** |
|---|---|---|---|
| 5% Construction Speedup | Building- Speedup Cooldown timer | 10% Building Speedup | 7 Minute Construction Speedup |
| 5% Dark Matter (15 minute) Speedup | Supreme Castle Renovation | 5% Food Production Speedup | 5% Food Production Speedup |
| 10% Resource Production Speedup | VIP Tokens | 5% Wood Production Speedup | 5% Wood Production Speedup |
| 10% Resource Production Speedup | VIP Exclusive Mount | 5% Stone Production Speedup | 5% Stone Production Speedup |

| *Galaxy Empire* | *Wartune* | *KoC* | *GoW* |
|---|---|---|---|
| 10% Resource Production Speedup | Dungeon VIP Chest | 5% Ore Production Speedup | 5% Ore Production Speedup |
| 10% Resource Production Speedup | 60% Bonus Experience | 5% Gold Production Speedup 1 | 5% Silver Production Speedup |
| +5 Secure Exploration | VIP Weekly Gift Packs | | +1 Daily Quest Bonus |
| +1 Research Queue | VIP Daily Quests | +1 Daily Merlin Token | +1 VIP Quest |
| 5% Research Speedup | Technology- Speedup cooldown timer | 10% Research Speedup | VIP in Profile and Chat |

35. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because the "unique style" of *GoW* "is duplicated" in *Empire Z*. (FAC ¶ 37). However, a game's "style" is not protectable by copyright law, *GoW's* "style" is not "unique," many previous games have similar "styles," and *Empire Z's* "style" is no more similar to *GoW's* "style" than *GoW's* "style" is similar to the "styles" in numerous pre-existing games in the same genre, as shown in Figure 8 below:

**Figure 8- Similar "Styles" in Pre-existing Games**

***Hobbit***




***DoA***



*KoC*




*Arcane Empires*




*King's Empire*




*GoW*



36. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because the "hierarchies of production" in *Empire Z* and *GoW* are "nearly identical." (FAC ¶ 38). However, many games in this genre share analogous production hierarchies, which are a function of the common goals in such games, and *Empire Z's* production hierarchy is significantly different from *GoW's*, as shown in the partial listing of those hierarchies in three games shown in Figure 9 below:

**Figure 9- Comparative Production Hierarchies**

| ***KoC*** | ***GoW*** | ***Empire Z*** |
|---|---|---|
| Cottage 1 | Farm 1 | Farm 1 |
| Farm 2 | HQ2 | Command Center 2 |
| Cottage 1 | Logging Camp | Lumber Mill 1 |
| Cottage 1 | Academy | Oil Derrick 1 |
| Farm 1 | Research Scouting | Recruiting Station 1 |
| Farm 1 | Quarry | Join Alliance |
| Change Name | Mine | Research Lab 1 |
| Sawmill 1 | Villa | Research Recon |
| Sawmill 1 | Barracks | Mine 1 |
| Research Logging 1 | Train Troops | Housing 1 |
| Quarry 1 | Forge | Infected Pen 1 |
| Quarry 1 | Farm 2 | Farm 2 |
| Research Stoneworking 1 | Villa 2 | Lumber Mill 2 |
| Mine 1 | Logging Camp 2 | Oil Derrick 2 |
| Research Smelting 1 | Quarry 2 | Mine 2 |
| Barracks 1 | Mine 2 | Storage Bunker 2 |
| Raise Pop. to 500 | Villa 3 | Research Lab 2 |
| Build Rally Point | | Housing 2 |
| Train 10 Militia | | Recruiting Station 2 |
| Build Knight's Hall | | Radar 2 |

| ***KoC*** | ***GoW*** | ***Empire Z*** |
| --- | --- | --- |
| Assign Knight | | Hospital 2 |

37. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because the cities they depict permit construction of a defensive wall, and because "the structures in *Empire Z* are analogous to the structures of *Game of War*." (FAC ¶ 39). However, the idea of using upgradeable defensive walls is not protectable by copyright law, and is common, if not ubiquitous, in pre-existing games in this genre. It is certainly not original to *GoW*. Further, *Empire Z's* defensive walls are no more similar to *GoW* than *GoW's* defensive walls are similar to pre-existing games. A few examples of such defensive walls in pre-existing games is shown in Figure 10 below:

**Figure 10- Similar "Defensive Walls" in Pre-existing Games**

***Evony***




***Spartan Wars***[53]




***KoC***



***Hobbit***



---

[53] *Spartan Wars* is a game that Ember is informed and believes was released on December 1, 2012.

38. Further, the structures in many previous games in this genre are similar and share the same functions, such that the functions of and structures in *GoW* are not original to *GoW*, and the functions of and structures in *Empire Z* are no more similar to *GoW's* than the functions of and structures in *GoW* are similar to those in pre-exiting games in this genre, as shown in Figure 11 below:

**Figure 11- Similar "Building Structures" in Pre-existing MMOS Games**

| ***KoC*** | ***Hobbit*** | ***DoA*** | ***GoW*** |
|---|---|---|---|
| Castle | Fortress | Keep | Stronghold |
| Storehouse | Storage Vault | Vault | Storehouse |
| Barracks | Barracks | Garrison | Barracks |
| Alchemy Lab | Science Center | Academy | Academy |
| Apothecary | Healing Pool | | Hospital |
| Embassy | NA | Embassy | Embassy |
| WatchTower | Sentinel | WatchTower | WatchTower |
| Cottage | Home | Home | Villa |

39. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because "the wall surrounding the city in each game can be upgraded and various defenses can be added to the wall." (FAC ¶ 40.) However, Upgradeable defensive walls are found in many pre-exiting games in this genre as shown in Figure 10 above, the idea of upgrading defenses is not original to *GoW*, the defenses chosen for defensive walls are a function of the defenses historically used in siege warfare, and the defenses permitted in *Empire Z* are no more similar to *GoW's* than the defenses in *GoW* are similar to those in previous games in this genre, as shown in Figure 12 below:

**Figure 12- Similar Defensive Wall Upgrades in Pre-Existing Games**

| ***Evony*** | ***KoC*** | ***Hobbit*** | ***GoW*** |
|---|---|---|---|
| Traps | Traps | Traps | Traps |
| Abatis (spiked wooden barricade) | Caltrops (spikes) | Caltrops (spikes) | Spikes |

| *Evony* | *KoC* | *Hobbit* | *GoW* |
|---|---|---|---|
| Archer's Tower | Wall Mounted Cross-bow | Defensive Cross-bows | Archer's Tower |
| Rolling Log | | Rock Dropper | Boiling Tar |
| Defensive Trebuchet | Defensive Trebuchet | | War Bricks |
| | | | Snares |
| | | | Turret |

40. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because the "type of intelligence that Radar in *Empire Z* provides is almost identical to the intelligence the Watchtower in" *GoW* provides. (FAC ¶ 41.) However, numerous pre-existing games in this genre have similar "intelligence gathering" structures, as shown in Figure 8 above, and many pre-existing games provide similar "types of intelligence" through those structures. The "types of intelligence" provided in *GoW* are not original to *GoW*, and the "types of intelligence" gathered by *Empire Z's* structure is no more similar to *GoW's* than the "types of intelligence" in *GoW* are similar to those in pre-existing games, as shown in Figure 13 below:

**Figure 13- Similar "Types of Intelligence" Gathered in Pre-existing Games**

| *KoC* | *DoA* | *Hobbit* | *GoW* |
|---|---|---|---|
| Warns of an incoming march | Warns of an incoming march | Warns of an incoming march | Warns of an incoming march |
| Purpose of march | Purpose of march | Purpose of march | Purpose of march |
| Arrival time of march | Arrival time of March | Arrival time of March | Arrival time of March |
| Level & Alliance of player | Title & Alliance of player | Level & Alliance of player | Alliance of player sending march |
| Troop number estimate | Troop number estimate plus coord | Troop number estimate | Troop number estimate |
| | | | Name of player sending + coords |

| *KoC* | *DoA* | *Hobbit* | *GoW* |
|---|---|---|---|
| Troop Types | Troop types | Troop types | Troop types |
| Estimate of each Troop type | Estimate of each Troop Type | Estimate of each Troop Type | Estimate of each troop type |
| Exact troop type count | Exact Troop Type Count | Exact troop type count | Exact number of troops in march |
| | | | Detects if hero is in march |
| Level of Knight/Hero | Level of enemy General | Level of the Hero leading attack | Hero Level |
| Combat Researched + Level | Exact Troop Type Count | Combat Researched + Level | Combat Researched Level |
| | Name of Attacker | | Specific names for each troop |
| | | | Incoming enemies take 10% damage |

41. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because four similar structures can be built outside the defensive walls of the cities in the two games. (FAC ¶ 42.) However, numerous pre-existing games in this genre permit the buildings of similar structures outside their defensive walls. Use of such extra-wall structures is not original to *GoW*, and Empire Z's structures are no more similar to *GoW's* structures than *GoW's* structures are similar to those in pre-existing games as shown in Figure 14 below:

**Figure 14- Similar Extra-Wall Building Structures in Pre-existing Games**

***Hobbit*** ***KoC*** ***GoW***




42. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because each game has a "world view" screen with a grid system in which players can "teleport" to empty squares (FAC ¶ 43.) However, many pre-existing games in this genre contain a "world view" screen of the kingdom or empire in which a player's city is located with a "grid" system, and in many of these games, players can "teleport" to empty squares within that grid system. Such features are not original to *GoW*, and *Empire Z's* "world view" screen and "teleport" capability are no more similar to *GoW's* than *GoW's* "world view" screen and "teleport" capability is similar to those in pre-existing games as shown in Figure 15 below.

**Figure 15- Similar "World View" Screens in Pre-existing Games**

***KoC***




***DoA***




***King's Empire***




***GoW***




43. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because in both games, "players are rewarded for performing certain tasks." (FAC ¶ 44.) However, that idea is not original to *GoW*, and many pre-existing games in this genre use the idea

of "quests" through which players are rewarded. A few examples of games created before *GoW* with similar quest/reward systems are shown in Figure 16 below:

**Figure 16- Similar "Quest" Pages in Pre-existing Games**

***KoC***




***King's Empire***




***Clash of Clans***




***GoW***



44. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because “the organization of the display screen in *Empire Z* is nearly identical to *Game of Wars*.” (FAC ¶ 45.) However, many pre-existing games in this genre share a similar “organization,” in part because of the functional constraints imposed by the shape and size of the mobile device screen. Virtually all games in this genre devote the center of their screens to a view of the field from above and at an angle. Virtually all organize buttons, information, etc. around the edges of the screen, especially the top and bottom of the screen because that is where there is space to include them on vertically-oriented screens. The “organization” of *GoW’s* display screen is not original to *GoW*, many pre-existing game screens share a similar organization, and *Empire Z’s* screen is no more similar to GoW’s than *GoW’s* screen to is similar to screens in pre-existing games as shown in Figures 8 and 15 above, and in Figure 17 below:

**Figure 17 – Similar Screen Layouts In Pre-existing Games**

***DoA*** ***KoC*** ***GoW***




45. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because many icons “are similar in size and proportion” in the two games. (FAC ¶ 46.) However, the “size and proportion” of the icons is largely a function of the relatively small size of

the mobile device screen on which the games are displayed, the icon size needed for players to read them, and the need to provide an adequately-sized field of play for the game. The "size and proportion" of *GoW's* icons is not original to *GoW*, and many pre-existing games in this genre share icons with similar "size and proportion." Examples of pre-existing games with icons of similar "size and proportion" can be seen in Figures 15 and 17 above. A few additional games with similarly "sized and proportioned" icons are shown in close-up in Figure 18 below:

**Figure 18 –Analogous Icons in Pre-existing Games**

***KoC***




***Spartan Wars***




***GoW***




***Resource Icons***

***KoC***




***GoW***




***Quests Icons***

***KoC***




***DoA***




***GoW***




***Power Icons***

***GoW***




***CoC***



***Gold Icons***

***Valor***




***GoW***




46. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because both games have a “help” icon with an image of shaking hands. (FAC ¶ 46.) However, using outstretched, shaking hands to symbolize “help” is an idea, the expression of which is a function of the shape of hands and the function of shaking hands, such that the expression of the idea merges with the idea. Further, the idea of such shaking “helping hands” is not original to *GoW*; to the contrary, the use of “shaking hands” to symbolize “help” has been widely recognized for decades, and among other uses, has been used in registered trademarks by organizations that provide “help” to others since 1955. Empire Z’s “shaking hands” icon is no more similar to GoW’s than GoW’s “shaking hands” icon is similar to those decades- old registered trademarks as shown in Figure 19 below:

**Figure 19- Similar Shaking “Helping” Hand Pre-existing Trademarks**

***AFL-CIO***




Reg# 3721625
First Use 1955

***UAW***



Reg# 1149142
First Use 1978

***Benefit Service Center***




Reg# 3201755
First Use 2005

***MBA Veterans Network***



Reg# 3892214
First Use 2009

47. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because *GoW* has a “chest” to collect items, while *Empire Z* has a “crate” with similar mechanics. (FAC ¶ 47.) However, daily collection crates and chests have long been common in “free to play” games, and many early games that pre-exist *GoW*, such as *Zynga* and *Frontierville*, had similar “chest” mechanics. An example of a pre-existing MMOS game with “collection crate” mechanics identical to *GoW* is shown in Figure 20 below:

**Figure 20 – Similar Supply Crate from Pre-existing "War of Nations"**




48. Machine Zone claims that Empire Z infringes its alleged copyright in *GoW* because in each game, players can speed up the process by using "speed up" bars or buttons which reduce the time it takes to complete a task according to a player's VIP level, such that if a VIP level is high enough, the timer will have an icon that says the task is "free." (FAC¶ 48.) However, the concept of bill timers and "speed ups" that can be "free" to VIP players is pervasive throughout the "free-to-play" video game space. Many games in the genre that appeared before *GoW* and/or *Empire Z* have timer bars with similar appearances and functions. For example, the game *Evony* has the concept of a "free" finish, pursuant to which a player does not need to use any "speed ups" since the player has progressed to the point of being in the "free" zone. The game *KoC* similarly has production boosts that vary according to a player's "VIP" level. A few examples of pre-existing MOS games with similar "speed up" systems is set forth in Figure 21 below:

**Figure 21 –Similar "Speedup" Systems in Pre-Existing Games**

***KoC*** ***DoA***







Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because "each game features a casino" screen with a similar rectangular appearance. (FAC ¶ 49.) However, the rectangular appearance for such a "casino" board is an idea, and that idea is not original to *GoW*. Similar rectangular "casino" screens have been present in many games before *GoW*. Indeed, such a rectangular casino screen was first used at least as far back as 1984 on the television program "Press Your Luck." Empire Z's rectangular "casino" screen is no more similar to GoW's than GoW's rectangular casino screen is similar to those present in pre-existing works, as shown in Figure 22 below:

**Figure 22 – Similar Rectangular "Casino" Screens in Pre-existing Games**

***"Press Your Luck" TV Program "Casino" Screen*** ***EVONY Online "Casino" Screen***






***King's Empire***
**"Casino" Screen**




***Throne on Fire HD***
**"Casino" Screen**




***GoW***
**"Casino" Screen**




49. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because in each game, players learn skills by conducting "research," and because the "research topics" within the two games allegedly are either "nearly identical" or "analogous." (FAC ¶ 50.) However, similar research technology has long been present in almost all games in this genre, including games that pre-date GoW. For example, while GoW allows players to conduct research in a "Library," previous games *KoC*, *DoA* and *Hobbit* allows users to conduct research on analogous topics in an "Alchemy Lab;" "Science Center;" and "Academy," respectively. The "similarities" in the research topics in such games are largely due to the functional needs associated with building up and militarily defending such cities. These elements therefore are not original to GoW and are *scenes-à-faire*. Further, the expression of those ideas in *GoW* and *Empire Z* is materially different, as shown in Figures 20-23 in Machine Zone's First Amended Complaint.

50. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because both games provide "a virtual store function where players can use their gold to purchase

items from 5 nearly-identical categories of items." (FAC ¶ 51.) However, many pre-existing games in this genre provide a "virtual store function" where players can use their gold to purchase similar categories of virtual items. A few examples of pre-existing games that sell similar categories of virtual items through a virtual store is set forth in Figure 23 below:

**Figure 23 – Similar Categories of "Virtual Store" Items in Pre-existing Games**

| ***KOC*** | ***DoA*** | ***Hobbit*** | ***War of Nations*** | ***GoW*** |
|---|---|---|---|---|
| Misc. | Featured | Misc | Special | Special |
| Resources | Resources | Resources | Resource | Resources |
| Speed Up | Speed Up | Speed Up | Speed Up | Speed Ups |
| Combat | General | Combat | Military | War |
| Chest | Chests | Chest | Items | Treasure |

52. Machine Zone claims that *Empire Z* infringes its alleged copyright in *GoW* because Ember "copied the overall plot, theme . . ., mood, setting, pace, characters, economy, and sequence of *GoW*." (FAC ¶ 52.) However:

(a) *GoW* has no "plot" as that term is understood in copyright law, because it has no story. As its Chief Executive. Gabriel Leydon, admitted in an interview he gave about *GoW* shortly after it was released: "I don't believe in stories. I'm trying to create an event, not tell you a narrative. The real power is in sharing with other people."[54] *GoW*'s general goals and purpose do not constitute a "plot" as that term is understood in copyright law, but to the extent Machine Zone claims that those goals and purpose constitute a "plot," those general goals are unprotectable because they are not original to *GoW* and are ubiquitous in pre-exiting games of this genre as shown in paragraph 18 above.

(b) Any "theme" in *GoW*, such as a theme of becoming "master of your kingdom," is not original to *GoW*, and is subsumed within the unprotectable ideas and rules common to this genre of games.

[54] Vincent Carrella, "Emotions, Relationships and Realism: Massive Scale in the Machine Zone," http://gamesauce.org/news/2013/08/26/emotions-relationships-and-realism-massive-scale-in-the-machine-zone/.

(c) The "mood" of *Empire Z*'s post-apocalyptic zombie game is very different from the "mood" of the vaguely Romanesque world of *GoW*. Moreover, *GoW*'s "mood" is common to games in this genre, not original to *GoW* and not protectable by any copyright in *GoW*.

(d) The "settings" of *Empire Z* and *GoW* are dramatically different, as *Empire Z* is "set" in a zombie-infested apocalyptic future, while *GoW* is "set" in a vaguely Romanesque, ancient past. Moreover, *GoW*'s "setting" is common to games in this genre, is not original to *GoW*, is *scenes-à-faire*, and is not protectable by any copyright in *GoW*.

(e) Virtually all of this genre of "free-to-play" games are "paced" similarly, using what are called "slow tap" movements by the player on the mobile device screen to move forward in the game. That "slow tap" pacing is a function of the "timers" used to perform tasks within the game. Such functional elements are common to many mobile games, and are essential to the "freemium" business model on which such games are commonly based, as the 'delays" those timers create encourage players to spend money to "speed up" their actions and progress in the game. These elements are therefore not original to *GoW*, are *scenes-à-faire*, and are not protectable by any copyright in *GoW*.

(f) The "characters" in *GoW* and *Empire Z* are completely different, as *Empire Z* features futuristic characters and zombies, while *GoW* features vaguely Greco-Roman heroes and military units. Further, *GoW*'s "characters" are not sufficiently developed to be protectable by copyright law. Moreover, *GoW*'s vaguely Greco-Romanesque "characters," to the extent that Machine Zone claims that they are sufficiently delineated to be protectable by copyright law, are similar to characters appearing in many previous games. These elements are therefore not original to *GoW* are *scenes-à-faire*, and are not protectable by any copyright in *GoW*.

(g) The "economy" *GoW* complains about is not a protectable element for copyright analysis purposes, because it is a system whose design is dictated by the functional requirements of maintaining a viable economy in the MMOS game setting. Further, many previous games that operate on the "freemium" business model have similar " economies." This

element is therefore not original to *GoW*, is *scenes-à-faire,* and is not protectable by any copyright in *GoW.*

(h) The "sequence of events" in *Empire Z* and *GoW* is determined by the players of the respective games, the rules and goals underlying the games, and the "hierarchies" built into the games for players. The "sequences of events" in *GoW* and *Empire Z* are materially different as described in, *inter alia*, Figures 9, 11, 12, and 23 above. Moreover, *GoW*'s "sequence of events" is not original to *GoW*, and is similar to the "sequences of events" present in virtually all games of this genre. This element is therefore not original to *GoW*, is *scenes-à-faire,* and is not protectable by any copyright in *GoW.*

**FIRST COUNTERCLAIM**
**(DECLARATORY RELIEF - 28 U.S.C. § 2201)**

51. Counterclaimant realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 50, inclusive, as though fully set forth herein.

52. Counterclaimant Machine Zone claims that:

(a) Machine Zone owns valid copyrights in *GoW*;

(b) Ember has infringed Machine Zone's copyright in *GoW*;

(c) All of the elements in *GoW* which Machine Zone claims Ember's *Empire Z* has copied are original to *GoW*;

(d) All of the elements of *GoW* which Machine Zone claims that Ember's *Empire Z* has copied are protectable by copyright law;

(e) Machine Zone owns valid copyright interests in those elements of *GoW* that it alleges *Empire Z* infringes;

(f) Machine Zone has suffered monetary and other damages as a result of Ember's alleged infringement;

(g) Machine Zone is entitled to injunctive relief; and

(h) Machine Zone should recover its attorney's fees in this action.

53. Counterclaimant Ember disputes Machine Zone's claims, and contends that:

(a) Machine Zone has no valid copyright interest in *GoW* because its copyright applications fraudulently claim originality and copyright protectability of elements Machine Zone copied from pre-existing games in the MMOS game genre, or which are otherwise not protectable by copyright law;

(b) Ember has not infringed any valid copyright interest Machine Zone may have in *GoW*;

(c) Elements that Machine Zone copied from pre-existing games are not original to Machine Zone and cannot support Machine Zone's copyright infringement claim,

(d) Machine Zone claims copyright protection for the ideas contained within *GoW*, which are not protected by copyright law and cannot support copyright infringement claim;

(e) Machine Zone claims copyright protection for functional elements contained within *GoW*, which are not protected by copyright law and cannot support a copyright infringement claim;

(f) Machine Zone claims copyright protection for the game rules which govern *GoW*, which are not protected by copyright law and cannot support a copyright infringement claim;

(g) Machine Zone claims copyright protection for common, stock, "scenes à faire" elements commonly found in this genre of MMOS game, which are not protected by copyright law and cannot support a copyright infringement claim;

(h) Machine Zone has unclean hands and has engaged in copyright misuse that precludes it from enforcing any alleged copyright in GoW herein by filing a meritless copyright infringement action in which it claims to own the copyright in elements it copied from others to stifle competition from Ember, a much smaller competitor with a superior video game, contrary to the policies of promoting invention and creative expression that underlie the Copyright Act;

(i) Machine Zone has not suffered any damages as a result of Ember's conduct;

(j) Machine Zone is not entitled to any injunctive relief;

(k) Machine Zone is not entitled to recover statutory damages or its attorneys' fees and costs in this action because, *inter alia*, its claims lack merit and it did not apply for a copyright registration until long after Ember began distributing *Empire Z*; and

(l) Ember should recover its reasonable attorneys' fees and costs in defending Machine Zone's meritless copyright infringement and other claims, and in pursuing this declaratory relief action made necessary by Machine Zone's complaint herein.

54. A genuine controversy exists between Ember and Machine Zone as to whether Ember is violating Machine Zone's rights or otherwise acting improperly, and whether Machine Zone is entitled to recover from Ember any compensation or damages as a result of Ember's past and future exploitation of the *Empire Z* video game.

## **PRAYER FOR RELIEF**

Wherefore, Ember prays as follows:

55. For a declaratory judgment determining that:

(a) Ember has not infringed any valid copyright interest Machine Zone may have in *GoW*;

(b) Machine Zone copied from pre-existing video games all of the elements of *GoW* which it claims Ember has infringed;

(c) Machine Zone has no copyright in the ideas contained within *GoW*;

(d) Machine Zone has no copyright in the functional elements contained within *GoW;*

(e) Machine Zone has no copyright in the game rules which govern *GoW*;

(f) Machine Zone has no copyright in  the common, stock, "scenes à faire" elements commonly found in pre-existing games in this genre;

(g) The copyright registrations for *GoW* that Machine Zone claims Ember infringed in this action are invalid for fraud on the copyright office;

(h) Machine Zone is precluded from enforcing its copyright in *GoW* against Ember because of its copyright misuse and unclean hands;

(i) Machine Zone has not suffered any damages as a result of Ember's conduct;

(j) Machine Zone is not entitled to injunctive relief;

(k) Machine Zone is not entitled to recover statutory damages or attorneys' fees and costs in this action;

(l) Machine Zone shall recover nothing on its complaint; and

(m) Ember should recover its reasonable attorneys' fees and costs in defending Machine Zone's meritless copyright infringement and other claims, and in pursuing this declaratory relief action.

56. For an award of Ember's reasonable attorneys' fees and costs incurred herein.

57. For such other and further legal and equitable relief as the court deems just and proper.

Dated: August 20, 2015

CHAD S. HUMMEL
SIDLEY AUSTIN LLP

MARK S. LEE
SETH REAGAN
MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Mark S. Lee
Mark S. Lee
*Attorneys for Defendant and Counterclaimant*
EMBER ENTERTAINMENT, INC.