Michael Berta (State Bar No. 194650)
michael.berta@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

*Attorneys for Plaintiff*
MACHINE ZONE, INC.

Chad S. Hummel (State Bar No. 139055)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501

*Attorneys for Defendant and Counter-Claimant*
EMBER ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACHINE ZONE, INC.,<br><br>Plaintiff,<br>v.<br><br>EMBER ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 3:15-cv-01554-VC<br><br>**STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |
| EMBER ENTERTAINMENT, INC.,<br><br>Counter-Claimant,<br>v.<br><br>MACHINE ZONE, INC.,<br><br>Counter-Defendant. | |

Plaintiff Machine Zone, Inc. ("Machine Zone") and Defendant Ember Entertainment, Inc. ("Ember"), by and through their counsel of record, hereby stipulate and request that the Court order as follows:

1. All claims between Machine Zone and Ember, including Machine Zone's claims and Ember's counterclaims shall be dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

Dated: December 29, 2015.

ARNOLD & PORTER LLP

By: /s/ *Michael A. Berta*
Michael A. Berta

*Attorneys for Plaintiff*
MACHINE ZONE, INC.

Dated: December 29, 2015.

SIDLEY AUSTIN LLP

By: /s/ *Chad S. Hummel*
Chad S. Hummel

*Attorneys for Defendant and Counter-Claimant*
EMBER ENTERTAINMENT, INC.

**ATTESTATION**

I, Michael A. Berta, attest that all signatories listed, and on whose behalf the filing of this **STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** is submitted, concur in the filing's consent and have authorized the filing.

/s/ *Michael A. Berta*
MICHAEL A. BERTA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ______________________.

____________________________________
Honorable Vince Chhabria
United States District Court Judge