Michael Berta (State Bar No. 194650)
michael.berta@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400

*Attorneys for Plaintiff*
MACHINE ZONE, INC.

Chad S. Hummel (State Bar No. 139055)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Telephone:   (310) 595-9500
Facsimile:   (310) 595-9501

*Attorneys for Defendant and Counter-Claimant*
EMBER ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACHINE ZONE, INC.,<br><br>　　　　Plaintiff,<br>v.<br><br>EMBER ENTERTAINMENT, INC.,<br><br>　　　　Defendant.<br>―――――――――――――――<br>EMBER ENTERTAINMENT, INC.,<br><br>　　　　Counter-Claimant,<br>v.<br><br>MACHINE ZONE, INC.,<br><br>　　　　Counter-Defendant. | Case No.  3:15-cv-01554-VC<br><br>**STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff Machine Zone, Inc. ("Machine Zone") and Defendant Ember Entertainment, Inc. ("Ember"), by and through their counsel of record, hereby stipulate and request that the Court order as follows:

1. All claims between Machine Zone and Ember, including Machine Zone's claims and Ember's counterclaims shall be dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

Dated:  December 29, 2015.

                                            ARNOLD & PORTER LLP

                                            By:   /s/ *Michael A. Berta*
                                                    Michael A. Berta

                                                    *Attorneys for Plaintiff*
                                            MACHINE ZONE, INC.

Dated:  December 29, 2015.

                                            SIDLEY AUSTIN LLP

                                            By:   /s/ *Chad S. Hummel*
                                                    Chad S. Hummel

                                                   *Attorneys for Defendant and*
                                                   *Counter-Claimant*
                                            EMBER ENTERTAINMENT, INC.

## ATTESTATION

I, Michael A. Berta, attest that all signatories listed, and on whose behalf the filing of this **STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** is submitted, concur in the filing's consent and have authorized the filing.

                                                   /s/ *Michael A. Berta*
                                                 MICHAEL A. BERTA

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: January 4, 2016 .

      _____
      Honorable Vince Chhabria
      United States District Court Judge